# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 4

**CASE NUMBER:** 24-11106    **CASE NAME:** Takeoff Technologies, Inc.    **DATE:** 7/1/2024 (3:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nicholas Brannick | Ballard Spahr | Albertsons Companies Inc. |
| Joseph M. Mulvihill | YCST | Debtors |
| Kristin McElroy | YCST | Debtors |
| Justin Bernbrock | Sheppard Mullin | Debtors |
| Robert McLellarn | Sheppard Mullin | Debtors |
| Bradley Graveline | Sheppard Mullin | Debtors |
| Alyssa Paddock | Sheppard Mullin | Debtors |
| Josh Mester | Jones Day | Woolworths Group Limited |
| KEVIN MANN | CROSS & SIMON | WOOLWORTHS GROUP LTD |
| Mike Busenkell | Gellert Scali Busenkell & Brown | Wakefern |
| Wendy Marcari | Epstein Becker Green | " " |
| Jonathan Lipshie | UST | UST |
| Jeremy Ryan | Potter Anderson Corroon | Hy-Vee Food Stores |
| TODD MEYERS | KILPATRICK TOWNSEND | COMMITTEE |
| COLIN BERNARDINO | " | " |
| KELLY MOYNIHAN | " | COMMITEE |
| RICARDO PALACIO | ASHBY & GEDDES | " |

Takeoff Technologies, Inc.
24-11106

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Brett | Anderson | Huron Consulting | Debtors | Video and Audio |
| Brett | Anderson | Huron Consulting | Debtors | Video and Audio |
| Rick | Archer | | Law360 | Audio Only |
| Edgar | Arciniegas | Takeoff Technologies | Debtors | Video and Audio |
| Matt | Benz | Sheppard Mullin | Debtors | Video and Audio |
| Colin | Bernardino | KILPATRICK TOWNSEND & STOCKTON LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Chris | Carey | Takeoff Technologies | Debtors | Video and Audio |
| Heather | Carroll | Takeoff Technologies | Debtors | Video and Audio |
| Carter | Christopher | Kilpatrick Townsend & Stockton LLP | | Video and Audio |
| Colin | Davidson | Sheppard Mullin | Debtors | Video and Audio |
| Scott | Flaherty | Debtwire/press outlet | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Joy | Harju | Takeoff Technologies | Debtors | Video and Audio |
| Peter | Hurwitz | Dundon Advisers | UCC FA | Audio Only |
| Gabrielle | Jacobson | C Street Advisory Group | Takeoff Technologies | Audio Only |
| Russell | James | Takeoff Technologies | Debtors | Video and Audio |
| Alexandria | Lattner | Sheppard Mullin | Debtors | Video and Audio |
| Kristin | McElroy | Young Conaway Stargatt & Taylor, LLP | Debtors | Video and Audio |
| Stephen | Menaquale | Albertsons | Albertsons | Audio Only |
| Todd | Meyers | KILPATRICK TOWNSEND & STOCKTON LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Alfredo | Millan | | Alfredo Millan | Video and Audio |
| Johannes | Moorlach | Whitfield & Eddy Law | Hy-Vee Food Stores, Inc. | Video and Audio |
| Kelly | Moynihan | KILPATRICK TOWNSEND & STOCKTON LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Kevin | O&#039;Linn | Huron Consulting | Debtors | Video and Audio |
| Beth | Olivere | Young Conaway Stargatt & Taylor, LLP | debtors | Video and Audio |
| Rafael | Pieretti | | Rafael Pieretti | Video and Audio |
| Christopher | Podesfinski | Dundon Advisers | UCC FA | Audio Only |
| Joe | Polancich | Huron Consulting | Debtors | Video and Audio |
| Angela | Prindle | Albertsons | Albertsons | Audio Only |
| Jeremy | Ryan | Potter Anderson & Corroon | Hy-Vee Food Stores, Inc. | Video and Audio |
| Andrea | Smook | Hy-Vee, Inc. | | Video and Audio |
| Elysia | Solomon | Albertsons | Albertsons | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Kathryn | Sutherland-Smith | Jones Day | | Audio Only |
| Kevin | Tavakoli | Huron Consulting Group | Debtors | Video and Audio |

Takeoff Technologies, Inc.
24-11106

| Brett | Theisen | Gibbons P.C. | KNAPP, Inc. | Video and Audio |
|---|---|---|---|---|
| Mitchener | Turnipseed | Huron Consulting | Debtors | Video and Audio |
| Adriana | Vidal | Huron Consulting | Debtors | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Ben | Zigterman | Law360 | | Audio Only |
| | | | | |