## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TAKEOFF TECHNOLOGIES, INC., *et al.*,[1] | Case No. 24-11106 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF STATUS CONFERENCE
## ON JULY 2, 2024 AT 4:30 P.M. (ET)

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a status conference (the "Status Conference") on **July 2, 2024 at 4:30 p.m. (ET)** with respect to the relief requested in the (i) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 10 (Sealed); 11 (Redacted)], and (ii) *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, (III) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, and*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are:  Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

*(IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement,*
*(II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All*
*Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing*
*the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and*
*(IV) Granting Related Relief* [Docket No. 62] (the "<u>Motions</u>") and certain related matters and
objections thereto.  The registration information is below.

> **The hearing will be held before the Honorable Craig T. Goldblatt in the United States**
> **Bankruptcy Court for the District of Delaware, 824 N. Market Street,**
> <u>**5th Floor, Courtroom No. 4, Wilmington, Delaware 19801**</u>
>
> **This proceeding will be conducted in person with the option to appear remotely via**
> **Zoom.  Please refer to Judge Goldblatt's Chambers Procedures**
> **(https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website**
> **(http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of**
> **allowed participation (video or audio), Judge Goldblatt's expectations of remote**
> **participants, and the advance registration requirements.**
> <u>**Registration is required no later than at least one hour prior to the Status Conference**</u>
> <u>**unless otherwise noticed using the eCourtAppearances tool available**</u>
> <u>**on the Court's website.**</u>

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to discuss the Motions
and other related matters at the Status Conference.

*[Signature Page Follows]*

Dated: July 2, 2024
Wilmington, Delaware

/s/ Kristin L. McElroy
_____

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. Bar No. 6758) | Robert B. McLellarn (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone:    (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:    (312) 499-6301 |
| Telephone:    (302) 571-6600 | Email: |
| Facsimile:    (302) 571-1253 |     jbernbrock@sheppardmullin.com |
| Email:    jmulvihill@ycst.com |     rmclellarn@sheppardmullin.com |
|     sborovinskaya@ycst.com | |
|     kmcelroy@ycst.com | -and- |
| | |
| *Proposed Co-Counsel for the Debtors and Debtors in Possession* | Alexandria G. Lattner (admitted *pro hac vice*) |
| | 650 Town Center Drive, 10th Floor |
| | Costa Mesa, California 92626 |
| | Telephone:    (714) 513-5100 |
| | Facsimile:    (714) 513-5130 |
| | Email:    alattner@sheppardmullin.com |
| | |
| | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |