UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| TAKEOFF TECHNOLOGIES, INC., *et al.*, | : | Case No. 24-11106 (CTG) |
| | : | |
| | : | Jointly Administered |
| | : | **AMENDED**[1] NOTICE OF |
| Debtors. | : | APPOINTMENT OF COMMITTEE OF |
| -------------------------------------------------------- | : | UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Hy-Vee, Inc.**, Attn: Andrea Smook, 5820 Westown Parkway, West Des Moines, IA 50266, Phone: 515-267-7771, Fax: 515-327-2162, Email: asmook@hy-vee.com

2. **Peach Labs, Inc.,** Attn: Amelia Bledsoe, 108 S. Jackson Street, Suite #300, Seattle, WA 98104, Phone: 206-424-7554, Email: amelia@peachd.com

ANDREW R. VARA
United States Trustee, Region 3

*/s/ Jonathan Lipshie* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: July 2, 2024

Attorney assigned to this Case: Jonathan Lipshie, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Joseph Mulvihill, Esq., Phone: (302) 571-6600, Fax: (302) 572-1253

---

[1] Amended to reflect resignation of KNAPP, Inc. (effective June 22, 2024).