# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| TAKEOFF TECHNOLOGIES, INC., *et al.*,[1] | ) ) | Case No. 24-11106 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF VIDEO STATUS CONFERENCE
## ON JULY 3, 2024 AT 3:30 P.M. (ET)

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a Zoom status conference (the "Status Conference"), originally scheduled for July 3, 2024 at 2:00 p.m. (ET), **which has been adjourned to July 3, 2024 at 3:30 p.m. (ET)** to consider the relief requested in the (i) *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 10 (Sealed); 11 (Redacted)], and (ii) *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are: Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

*(III) Authorizing the Debtors to Enter Into the Stalking Horse Purchase Agreement, and (IV) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 62] (the "Motions") and certain related matters and objections thereto. The registration information is below and remains unchanged from the registration information contained in Docket No. 168.

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required no later than at least one hour prior to the Status Conference unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**PLEASE TAKE FURTHER NOTICE** that the Status Conference is a continuation of the status conference held on July 2, 2024.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to discuss the Motions and other related matters at the Status Conference.

*[Signature Page Follows]*

Dated: July 3, 2024
Wilmington, Delaware

*/s/ Shella Borovinskaya*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. Bar No. 6758) | Robert B. McLellarn (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone: (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile: (312) 499-6301 |
| Telephone: (302) 571-6600 | Email: |
| Facsimile: (302) 571-1253 | jbernbrock@sheppardmullin.com |
| Email: jmulvihill@ycst.com | rmclellarn@sheppardmullin.com |
| sborovinskaya@ycst.com | |
| kmcelroy@ycst.com | -and- |
| | |
| *Co-Counsel for the Debtors and Debtors in Possession* | Alexandria G. Lattner (admitted *pro hac vice*) |
| | 650 Town Center Drive, 10th Floor |
| | Costa Mesa, California 92626 |
| | Telephone: (714) 513-5100 |
| | Facsimile: (714) 513-5130 |
| | Email: alattner@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |