**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TAKEOFF TECHNOLOGIES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11106 (CTG)<br><br>Ref. Nos. 174, 175 & 176 |

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on July 3, 2024, I caused one copy of the below listed pleadings to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via email and/or U.S. First-Class Mail.

- **Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Kilpatrick Townsend & Stockton LLP as Co-Counsel, Effective as of June 13, 2024 [D.I. 174]**

- **Application of the Official Committee of Unsecured Creditors of Takeoff Technologies, Inc., et al., for an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of June 17, 2024 [D.I. 175]**

- **Application for an Order Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Delaware Counsel to the Official Committee of Unsecured Creditors of Takeoff Technologies, Inc., et., al., Effective as of June 14, 2024 [D.I. 176]**

Dated: July 3, 2024

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are: Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

{02030683;v1 }

In re: Takeoff Technologies, Inc., et al.
Core/2002 Service List
Case No. 24-11106 (CTG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Ashby & Geddes, P.A. | Attn: Ricardo Palacio, Gregory A. Taylor, Destiny A. Kosloske | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19899-1150 | RPalacio@ashbygeddes.com GTaylor@ashbygeddes.com DKosloske@ashbygeddes.com |
| Counsel to DIP Lenders, Albertsons Companies, Inc. | Ballard Spahr LLP | Attn: Nicholas J. Brannick, Tobey M. Daluz | 919 North Market Street | 11th Floor | Wilmington | DE | 19801-3034 | brannickn@ballardspahr.com daluzt@ballardspahr.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | schristianson@buchalter.com |
| Counsel to Woolworths Group Limited | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | 1105 N. Market Street, Suite 901 | | Wilmington | DE | 19801 | csimon@crosslaw.com kmann@crosslaw.com |
| Counsel to DIP Lenders, Village Super Market, Inc., ShopRite of Hunterdon County, Inc., and Inserra Supermarkets, Inc. | Epstein Becker Green, P.C. | Attn: Wendy G. Marcari | 875 Third Avenue | | New York | NY | 10022 | WMarcari@ebglaw.com |
| Counsel for Knapp Inc. | Gibbons P.C. | Attn: Brett S. Theisen | One Pennsylvania Plaza, Suite 4515 | | New York | NY | 10119 | btheisen@gibbonslaw.com |
| Counsel for Knapp Inc. | Gibbons P.C. | Attn: Katharina Earle | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801-1671 | kearle@gibbonslaw.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington | DC | 20224 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Counsel to DIP Lenders, Woolworths Group Limited | Jones Day | Attn: Joshua M. Mester, Kathryn Sutherland-Smith | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 | jmester@jonesday.com ksutherlandsmith@jonesday.com |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers, Colin M. Bernardino | 1100 Peachtree Street NE, Suite 2800 | | Atlanta | GA | 30309-4528 | TMeyers@ktslaw.com CBernardino@ktslaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers, Kelly E. Moynihan | The Grace Building | 1114 Avenue of the Americas | New York | NY | 10036-7703 | TMeyers@ktslaw.com TMeyers@ktslaw.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Christine Porter | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | serviceqa@ra.kroll.com takeoffteam@ra.kroll.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Jonathan Lipshie | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | Jon.Lipshie@usdoj.gov |
| Counsel to Hy-Vee Food Stores, Inc. | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | jryan@potteranderson.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Attn: Alexandria G. Lattner | 650 Town Center Drive, 10th Floor | | Costa Mesa | CA | 92626 | alattner@sheppardmullin.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Sheppard, Mullin, Richter & Hampton LLP | Attn: Justin Bernbrock & Robert B. McLellarn | 321 North Clark Street, 32nd Floor | | Chicago | IL | 60654 | jbernbrock@sheppardmullin.com rmclellarn@sheppardmullin.com |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | aginfo@azag.gov |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | bankruptcy@coag.gov |
| State of Colorado Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | |
| State of Delaware Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | attorney.general@state.de.us |

In re: Takeoff Technologies, Inc., et al.
Core/2002 Service List
Case No. 24-11106 (CTG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|---|
| State of Florida Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 | |
| State of Illinois Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | webmaster@atg.state.il.us |
| State of Maine Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333-0000 | |
| State of Massachusetts Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | |
| State of Michigan Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov |
| State of Minnesota Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | |
| State of New Hampshire Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301-0000 | attorneygeneral@doj.nh.gov |
| State of New Jersey Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | RJ Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | |
| State of North Carolina Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | |
| State of Pennsylvania Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | |
| State of Tennessee Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | P.O. Box 20207 | | Nashville | TN | 37202-0207 | |
| State of Washington Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | |
| Debtors | Takeoff Technologies, Inc. | Attn: President or General Counsel | 203 Crescent Street | Suite 203 | Waltham | MA | 02453 | |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | |
| U.S. Department of Justice (DOJ) | U.S. Department of Justice (DOJ) | Attn: Bankruptcy Department | 950 Pennsylvania Avenue NW | | Washington | DC | 20530 | |
| Washington DC Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | oag@dc.gov |
| Counsel to Hy-Vee Food Stores, Inc. | Whitefield & Eddy, P.L.C. | Attn: Johannes H. Moorlach, Thomas H. Burke | 699 Walnut Street, Suite 2000 | | Des Moines | IA | 50309 | moorlach@whitfieldlaw.com burke@whitfieldlaw.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Joseph M. Mulvihill, Shella Borovinskaya, & Kristin L. McElroy | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | jmulvihill@ycst.com sborovinskaya@ycst.com kmcelroy@ycst.com |