# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TAKEOFF TECHNOLOGIES, INC., *et al.*,[1] | ) ) ) | Case No. 24-11106 (CTG) |
| Debtors. | ) ) ) ) ) ) ) | (Jointly Administered) <br><br> <u>Hearing Date</u>:  **July 31, 2024 at 11:30 a.m. (ET)** <br> <u>Obj. Deadline</u>: **July 17, 2024 at 4:00 p.m. (ET)** |

## RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 28, 2024, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Assumption of Agreement with Peach Labs, Inc., (II) Fixing Cure Costs in Relation Thereto, and (III) Granting Related Relief* (the "<u>Motion</u>"), [Docket No. 139] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion must be filed on or before **July 17, 2024 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** A HEARING TO CONSIDER THE MOTION WILL BE SCHEDULED FOR **JULY 31, 2024 AT 11:30 A.M. (ET)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are: Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 3, 2024
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. Bar No. 6758) | Robert B. McLellarn (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone: (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile: (312) 499-6301 |
| Telephone: (302) 571-6600 | Email: jbernbrock@sheppardmullin.com |
| Facsimile: (302) 571-1253 | rmclellarn@sheppardmullin.com |
| Email: jmulvihill@ycst.com | |
| sborovinskaya@ycst.com | -and- |
| kmcelroy@ycst.com | |
| | Alexandria G. Lattner (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 650 Town Center Drive, 10th Floor |
| | Costa Mesa, California 92626 |
| | Telephone: (714) 513-5100 |
| | Facsimile: (714) 513-5130 |
| | Email: alattner@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |