## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
      :
**In re**                    :      **Chapter 11**
      :
**TAKEOFF TECHNOLOGIES, INC.,** *et al.,*  :      **Case No. 24-11106 (CTG)**
      :
      **Debtors.**[1]          :      **(Jointly Administered)**
      :
      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SCHEDULE OF ASSETS AND LIABILITIES FOR TAKEOFF TECHNOLOGIES, INC. (CASE NO. 24-11106)

---

1    The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are: Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TAKEOFF TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 24-11106 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENTS
OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## INTRODUCTION

The debtors and debtors in possession (collectively, the "Debtors" or the "Company") in the above-captioned chapter 11 cases (these "Chapter 11 Cases") submit their *Schedules of Assets and Liabilities* (the "Schedules") and *Statements of Financial Affairs* (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedule of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "Specific Notes," and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

On May 30, 2024 (the "Petition Date"), the Debtors commenced these Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). These Chapter 11 Cases have been consolidated for procedural purposes only and are being jointly administered under case number 24-11106 (CTG). The Debtors are authorized to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are: Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate, but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court. Nothing contained in the Schedules and Statements or these *Notes* shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to these Chapter 11 Cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases, and claims, assumption or rejection of contracts and leases, and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

The Debtors and their agents, attorneys, and financial advisors shall not be liable for any loss or injury arising out of, or caused in whole or in part by, the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors, damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

These Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.     **Reservation of Rights.** The Debtors reserve the right to dispute or to assert setoff or other defenses to any claim reflected in the Schedules and Statements as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in their Schedules and Statements.

2.     **Basis of Presentation.** In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable

efforts to report certain information of each Debtor on an unconsolidated basis. The Schedules and Statements reflect the separate assets and liabilities of each individual Debtor. The majority of the Debtors' operations occur through Takeoff Technologies, Inc.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") or any other generally accepted principles of foreign jurisdictions, as applicable, nor are they intended to reconcile to the financial statements of each Debtor.

The Schedules and Statements have been signed by Brett M. Anderson, Deputy Chief Restructuring officer for the Company.[2] In reviewing and signing the Schedules and Statements, Mr. Anderson necessarily relied upon the efforts, statements, and representations of the accounting and non-accounting personnel who report to, or work with, Mr. Anderson, either directly or indirectly. Mr. Anderson has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

3.    **Insiders.**    In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" as such term is defined in section 101(31) of the Bankruptcy Code. Except as otherwise disclosed herein or in the Statements, payments to "insiders" are set forth on Statement 4. Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

4.    **Totals.**    All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements and exclude items identified as

---

[2]    Takeoff Technologies Canada, Inc. ("Takeoff Canada") did not have any directors in place in mid-May and a director's resolution would be required to authorize Takeoff Canada to participate in the U.S. Bankruptcy filing. Mr. Anderson was appointed as CEO and the sole director of Takeoff Canada on May 22, 2024 by written consent of the sole shareholder in advance of the filing. Subsequent to the U.S. Bankruptcy filing, Mr. Anderson, as an employee of Huron, was no longer able to serve as a director of any of the Debtors during the pendency of the Debtors' Chapter 11 cases, and Mr. Anderson promptly resigned his position of CEO and director of Takeoff Canada on June 14, 2024.

"unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

5. **Accounts Payable and Distribution System.**  The Debtors use a consolidated cash management system through which the Debtors pay substantially all liabilities and expenses (the "Cash Management System").  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue Intercompany Transactions; (II) Confirming Administrative Expense Priority for Postpetition Intercompany Claims; and (III) Granting Related Relief* [Docket No. 8] (the "Cash Management Motion") filed on the Petition Date.  The Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.  In the ordinary course of business, the Debtors maintained business relationships among each other, which result in intercompany receivables and payables (the "Intercompany Claims") arising from intercompany transactions (the "Intercompany Transactions").  Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion.  Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

6. **Reporting Date.**  Unless otherwise noted in the specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on May 29, 2024, or the latest available record date before then.

7. **Accuracy.**  The financial information disclosed herein was not prepared in accordance with international, federal or state security laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder.  Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this information considering the purposes for which it was prepared.

8. **Undetermined Amounts.**  Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9. **Liabilities.**  The Debtors have sought to allocate liabilities between prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10. **Other Paid Claims.** If the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

11. **Payments on Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "First Day Orders"). The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders. If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

12. **Current Values.** The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements. Except as otherwise noted in the Schedules and Statements, all liabilities are valued as of the Petition Date. The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses to the appropriate Debtor entity "as of" such dates. All values are stated in United States currency. The Debtors made reasonable efforts to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the prepetition and postpetition periods and amend the Schedules and Statements accordingly.

13. **Book Value.** Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of all of the Debtors' interests. Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). Certain assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

14. **Property and Equipment.** Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method over

the estimated useful lives of the assets, which range from three to seven years for furniture, fixtures, equipment, and software. Leasehold improvements are amortized on the straight-line method over the expected lease term. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

15. **Causes of Action.** The Debtors have made their best efforts to set forth known causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to causes of action they may have (including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws), whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

16. **Litigation.** Certain litigation actions (collectively, the "<u>Litigation Actions</u>") reflected as claims against a particular Debtor may relate to other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor(s) that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

17. **Credits and Adjustments.** In the ordinary course of their business, the Debtors apply credits against amounts otherwise due to vendors. These credits arise because, among other things, (a) materials ordered and paid for may not be delivered, (b) materials delivered may be damaged or unusable, (c) the vendor provided volume rebates and cash discounts; and (d) quantity and/or shipping variances and violations may have occurred. Certain of these credits are subject to change. Claims of vendors and creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such vendors or creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

18. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

19. **Claims.**  Certain of the Debtors' Schedules list creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date.  The claim amounts reflected on the Schedules may include the Debtors' estimates for vendor charges not yet invoiced.  By estimating certain invoices, the Debtors are not representing that they have sought to identify and estimate all uninvoiced vendor charges.  While the Debtors have made their best efforts to reflect the claims of each vendor, excluding these various adjustments, while including the "vendor credits" discussed above, the actual unpaid claims of creditors that may be allowed in these Chapter 11 Cases may differ from the amounts set forth in the Schedules and Statements.

The Debtors intentionally have not included "non-cash" accruals (i.e., accruals to recognize expense or liability over multiple periods where no specific obligation to perform is established, such as accruals to equalize lease payments) in the Schedules and Statements.

20. **First Day Orders.**  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Bankruptcy Court, the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits and claims for taxes and fees.

Employees with claims for paid time off that are not in excess of the statutory cap set forth in section 507(a)(4) of the Bankruptcy Code and are eligible for priority status, if any, are included on Schedule E/F (Priority).  Please see the notes on pages 11 through 13 of these Global Notes regarding Schedule E/F (Priority).

21. **Classifications and Claims Descriptions.**  Any failure to designate a claim listed on a Debtor's Schedule as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated." Likewise, listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.  The Debtors and their estates reserve the right to (i) object to, or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules on any grounds, including, without limitation, amount, liability, validity, priority, or classification, or (ii) otherwise designate subsequently any claim as "disputed," "contingent," or "unliquidated."

22. **Addresses of Employees.**  Consistent with the Bankruptcy Court's *Final Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Provide Certain Parties in Interest with Electronic Service, and (D) Redact Certain Personally Identifiable Information of Individuals; and (II) Granting Related Relief* (the "Creditor Matrix Order") [Docket No. 96], the Debtors have redacted each of their current employees' addresses.  In order to

-7-

protect the privacy of the Debtors' employees, the Debtors shall provide current employee addresses to any party in interest upon request to the Debtors (email is sufficient) or to the Court where reasonably related to the Chapter 11 Cases and in accordance with Creditor Matrix Order.  The Debtors have served and will continue to serve all necessary notices, including notice of the claims bar date, to the actual address of each of the Debtors' employees.

23.    **Estimates.**  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

24.    **Currency.**  All amounts shown in the Schedules and Statements are in US Dollars.  Foreign currency amounts have been translated to US Dollar equivalents based on the Debtors books and records.  Certain disbursements by foreign entities identified on bank statements were translated using the foreign exchange rate as of the petition date.

25.    **Debtors' Reservation of Rights.**  Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

    a.)    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

    b.)    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

    c.)    The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or

otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

**d.)**  In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations.  The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F.  Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors.  Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

**e.)**  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

**f.)**  The Debtors' businesses are part of a complex enterprise.  Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions.  The Debtors hereby reserve all their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

**g.)**  The Debtors further reserve all their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

## SPECIFIC ADDITIONAL DISCLOSURES WITH RESPECT TO SCHEDULES

### Schedule A/B

1. **Schedule A/B**.  The Debtors Schedules do not include current and non-current customer billable expenses asset accounts, approximating $41.9M, and are not recognized as expenses until the project has been completed.

2. **Schedule A/B-3 – Checking, savings, money market, or financial brokerage accounts**. The values provided in this section reflect the book ending cash balance of each of the Debtors' bank accounts as of the Petition Date.

3. **Schedule A/B-11 – Accounts Receivable**.  The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The accounts receivable balances in this section exclude intercompany receivables.  Please see the note on pages 3 and 4 of these Global Notes regarding intercompany claims.

4. **Schedule A/B-15 – Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**.  Investments are listed as having an undetermined value.  Other than inter-debtor ownership, the Debtors do not hold any investments.

5. **A/B: Part 5, Questions 19-26 – Inventory, excluding agricultural assets.** The Debtors inventory consistent of spare parts and are listed at net book value.

6. **A/B: Part 7, Questions 39-45 – Office furniture, fixtures, equipment, etc.** The Debtors furniture, fixtures and equipment are listed at net book value.

7. **A/B: Part 8, Questions 47-53 – Machinery, equipment and vehicles.**  The Debtors have machinery and related materials and are listed at net book value.

8. **Schedule A/B-60-65 – Intangibles and Intellectual Property**.  Schedule A/B 60-65 identifies various trademarks, patents, customer lists, and website domains owned and maintained by the Debtors.  The Schedules may not list the value of such intangible assets, or list as having an undetermined value, as no recent appraisals have been performed.

9. **Schedule A/B-72 – Tax refunds and unused net operating losses (NOLs)**.  The Debtors have listed their unused NOLs as having an undetermined value.  The Debtors estimate that the unused Federal NOL is approximately $181 million.  These NOL carryforward amounts were last measured as of March 31, 2023.  Furthermore, these annual NOL amounts have not been adjusted by the Debtors' effective tax rate, nor do they not reflect

any reductions for the cancellation of debt, or IRS limitations, and thus are not meant to be used as an estimate of tax attributes that would survive these Chapter 11 Cases.

## Schedule D

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. Notwithstanding anything contained in the Schedules and Statements regarding the amount, value, or extent of any purported secured claim, the terms of the *Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing; (B) Granting Liens and Superpriority Administrative Expense Claims; (C) Modifying the Automatic Stay, and (D) Granting Related Relief* [Docket No. 224] shall govern.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

## Schedule E/F

**Part 1.**
Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all of these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F.

**Part 2**.
The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of

the unsecured debts of the Debtors.  Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts.  The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor.  Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F.  The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date.  Moreover, Schedule E/F does not include certain balances including deferred liabilities (approximately $40.3M in deferred revenue), accruals, or general reserves.  The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date.  The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Intercompany payables among the Debtors are reported on Schedule E/F, which may or may not result in allowed or enforceable claims by or against a given Debtor.  The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F.  Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim.  Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

As of the time of filing the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule E/F, Part 1 does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Debtors have marked certain claims relating to employee prepetition retention bonuses as contingent as such claims may decrease as the Debtors continue to pay the bonuses in the ordinary course of business to those employees who remain with the company.  The Debtors are paying such obligations pursuant to the *Final Order(I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 108].

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

The Debtors have listed their known creditors in Schedule E/F.  To the extent attorneys have entered appearances on behalf of such creditors, those appearances are noted on the docket of the Debtors' Chapter 11 Cases and are not separately listed in Item 4.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these Chapter 11 Cases.  Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these Chapter 11 Cases.

Pursuant to the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* [Docket No. 107] (the "Final Taxes Order"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition.  Accordingly, unsecured priority tax claims may have been paid or may be paid pursuant to the Final Taxes Order.  Therefore, the Debtors have listed certain taxing authorities with an undetermined amount.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may ultimately be paid in connection with the cure costs associated with assumption or assumption and assignment of an executory contract or unexpired lease.

## Schedule G

The business of the Debtors is complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein.  Relationships between the Debtors and their vendors are often governed by a master services agreement, under which vendors also place work and purchase orders, which may be considered executory contracts.  The Debtors believe that disclosure of all of these purchase and work orders would be impracticable and unduly burdensome.  Likewise, in some cases, the same supplier or provider may appear multiple times in Schedule G.

Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors and their estates hereby reserve all of their rights, claims, and causes of action to (i) dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (iii) amend or supplement such Schedule as necessary.

<u>**Schedule H**</u>

In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the Debtors have not identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, or other agreements, and have listed those debts as "N/A". Thus, the Debtors reserve their rights to amend Schedule H to the extent that guarantees are identified.

<u>**SPECIFIC ADDITIONAL DISCLOSURES WITH RESPECT TO STATEMENTS**</u>

1. **Statements, Part 1, Questions 1 and 2**. The gross revenue and non-business revenue reported for the current fiscal year are through May 29, 2024.

2. **Statements, Part 2, Question 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from March 1, 2024, to May 29, 2024. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (e.g., wires and other forms of electronic payments). Payment dates from Takeoff Technologies, Australia Pty Ltd were manually reviewed from bank statement detail as all entries were recorded at the end of the month.

3. **Statements, Part 2, Question 4**. As more fully described in the Cash Management Motion, prepetition, the Debtors engaged in Intercompany Transactions with each other in the ordinary course of their business. Takeoff Technologies, Inc. provides for all operating expenses of the affiliate debtors, as each affiliate does not earn revenues from customers, and only receives intercompany cost-plus revenue from the debtor. "Cost-plus" revenue differs for each affiliate and is calculated as cost plus 20% for Takeoff International Subco India Pvt. Ltd., 15% for Takeoff Technologies Canada, Inc. and 10% for Takeoff Technologies Australia Pty Ltd.

-14-

4. **Statements, Part 3, Question 7**.  The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date.  The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

5. **Statements, Part 6, Question 11**.  The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11.  Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders.  Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome.

6. **Statements, Part 6, Question 13**.  On May 10, 2024, the Debtors transferred title to three order, storage, retrieval ("OSR") machines held in an off-site storage facility operated by the manufacturer of the machines, Knapp, Inc. ("Knapp") to Hy-Vee, Inc. ("Hy-Vee"), at Hy-Vee's request, through a bill of sale.  The bill of sale transferred title to the equipment to Hy-Vee free and clear of all liens and encumbrances, on a fully paid basis.  As consideration for delivery of the bill of sale, Hy-Vee paid the Debtors $100,000. Hy-Vee's total purchase price for the three OSR machines would have been $9.9 million of which $4.95 million, or 50%, had been paid to the Debtors as of May 10, 2024.  After estimating remaining costs to complete installation, existing and extended storage, indexation costs, and freight costs, the Debtors agreed to the transfer of the OSR machines.  Subsequently, to further effectuate the transfer of the OSR machines in storage, the Debtors assigned all open purchase orders between the Debtors and Knapp to Hy-Vee.

7. **Statements, Part 13, Question 26(d)**.  Over the past two years, the Debtors have provided their financial statements to various parties in the ordinary course of business, including shareholders, and other interested parties.  Takeoff International Subco India Private Limited has provided their financial statements to government entities in the ordinary course of business.  Professionals retained by the Debtors prior to the Petition Date also ran a comprehensive marketing and sale process and disclosed substantial financial information to KNAPP.  Parties provided with historical financial information as part of the Debtors' marketing and sale process have not been listed on Statement 26(d).  Recipients of financial information generally received consolidated accounts for the Debtors.

8. **Statements, Part 13, Question 29.** Takeoff Technologies Canada, Inc. ("Takeoff Canada") did not have any directors in place in mid-May and a director's resolution would be required to authorize Takeoff Canada to participate in the U.S. Bankruptcy filing.  Mr. Anderson was appointed as CEO and the sole director of Takeoff Canada on May 22, 2024 by written consent of the sole shareholder in advance of the filing.  Subsequent to the U.S. Bankruptcy filing, Mr. Anderson, as an employee of Huron, was no longer able to serve as

a director of any of the Debtors during the pendency of the Debtors' Chapter 11 cases, and Mr. Anderson promptly resigned his position of CEO and director of Takeoff Canada on June 14, 2024.

Debtor    **Takeoff Technologies, Inc.**                                   Case number (if known) **24-11106**
_____
Name

| Fill in this information to identify the case: |
| --- |

Debtor name          **Takeoff Technologies, Inc.**
_____

United States Bankruptcy Court for the:        **District of Delaware**
_____

Case number (if known)     **24-11106**
_____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.   **Real property:**
        Copy line 88 from Schedule A/B............................................................................... $           **Undetermined**

    1b.   **Total personal property:**
        Copy line 91A from Schedule A/B............................................................................ $         **9,530,161.30**
                    **plus undetermined amounts**

    1c.   **Total of all property:**
        Copy line 92 from Schedule A/B............................................................................... $         **9,530,161.30**
                    **plus undetermined amounts**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................ $         **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $         **690,095.15**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... +$         **27,082,397.29**
                    **plus undetermined amounts**

4.   **Total liabilities** ...............................................................................................................
      Lines 2 + 3a + 3b

| | |
| --- | --- |
| $ | **27,772,492.44** |
| | **plus undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name   **Takeoff Technologies, Inc.**

United States Bankruptcy Court for the:   **District of Delaware**

Case number (if known)   **24-11106**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☒ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.   **Cash on Hand**

| 2.1 | Cash on Hand | $0.00 |
| --- | --- | --- |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (*if known*) | 24-11106 |
|---|---|---|---|---|
| | Name | | | |

| | **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 | Bank of America | Payables | 9770 | $33,391.59 |
| 3.2 | Bank of America | Customer Collection | 1965 | $430.32 |
| 3.3 | Bank of America | Payroll | 7631 | $1,000.00 |
| 3.4 | Bank of America | Euro | 0010 | $8,211.13 |
| 3.5 | Chase Bank | Main Concentration | 0972 | $1,454,859.50 |
| 3.6 | Chase Bank | ZBA Payables | 2533 | $0.00 |
| 3.7 | Chase Bank | ZBA Payroll | 7606 | $0.00 |
| 3.8 | Chase Bank | ZBA Customer Collection | 7697 | $0.00 |
| 3.9 | JP Morgan Chase Bank | Investment | 2979 | $10,359.60 |
| 3.10 | Silicon Valley Bank | Checking | 3645 | $1,884.86 |
| 3.11 | Silicon Valley Bank | Savings | 6644 | $0.00 |
| 3.12 | Silicon Valley Bank | Payroll | 0340 | $0.00 |
| 3.13 | US Century Bank | Checking | 7854 | $4,105.85 |

| | **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | | $0.00 |

| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,514,242.85 |
|---|---|---|

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes. Fill in the information below

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1 | Canada Revenue Agency | Deposit with CRA to register Takeoff US with Canada | $3,834.36 |
| 7.2 | Keren Realty | Warehouse security deposit | $3,600.00 |
| 7.3 | Watch City Ventures | Office security deposit | $76,005.15 |

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | 1Password | Software subscription prepayment | $11,613.62 |
| 8.2 | 2 Woolworths Group Limited : 26 Woolworths - St Mary's Sydney | GST Prepayment | $260.47 |
| 8.3 | 66Degrees, LLC | Software subscription prepayment | $1,781.25 |
| 8.4 | AuditBoard, Inc. | Software subscription prepayment | $17,708.34 |
| 8.5 | Autodesk | Various annual subscription prepayments | $1,260.83 |
| 8.6 | Blue Cross Blue Shield | Prepaid BCBS | $7,268.55 |
| 8.7 | Carta | Software subscription prepayment | $15,944.67 |
| 8.8 | Chart Hop | Software subscription prepayment | $0.00 |
| 8.9 | ClearCompany Llc | Software subscription prepayment | $0.00 |
| 8.10 | Cobbs Allen Capital Specialty | D&O Insurance prepayment | $67,600.00 |
| 8.11 | Coursera, Inc | Software subscription prepayment | $9,816.67 |
| 8.12 | CT Corporation | Prepaid dues & subscriptions | $2,690.67 |
| 8.13 | Delighted | Software subscription prepayment | $2,142.00 |
| 8.14 | DocuSign | Software subscription prepayment | $2,495.73 |
| 8.15 | DoIT International | Various annual subscription prepayments | $10,803.36 |
| 8.16 | Figma | Software subscription prepayment | $2,700.00 |
| 8.17 | Firehydrant Inc | Software subscription prepayment | $9,323.44 |
| 8.18 | Food Marketing Institute | Prepaid dues & subscriptions | $3,850.00 |
| 8.19 | Foundershield | General Liability, Property, Crime, Umbrella - Excess E&O Cyber, Add'l Property - Cyber Liability, Errors & Omissions, Media Liability insurances prepayment | $149,010.91 |
| 8.20 | Foundershield | 6 Year Tail Coverage | $183,137.00 |
| 8.21 | Franchise Tax Prepayment | Pending credit for franchise tax paid | $17,630.12 |
| 8.22 | GitHub | Software subscription prepayment | $19,480.47 |

Debtor  **Takeoff Technologies, Inc.** _____ Case number (*if known*) **24-11106**
        Name

| | | Current value of debtor's interest |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.23 | Globalization Partners | Deposit for GP Consultants | $89,403.76 |
| 8.24 | Globalization Partners | Prepaid medical insurance for a GP contractor | $20,515.46 |
| 8.25 | Grammarly | Software subscription prepayment | $4,640.00 |
| 8.26 | Grocery Shop | Prepaid Events | $8,700.00 |
| 8.27 | HEAP Inc. | Software subscription prepayment | $19,479.17 |
| 8.28 | HubSpot | Software subscription prepayment | $3,251.25 |
| 8.29 | Interviewstreet Inc. | Software subscription prepayment | $1,806.25 |
| 8.30 | JAMF Software | Software subscription prepayment | $35,991.67 |
| 8.31 | JetBrains Americas Inc. | Software subscription prepayment | $11,756.63 |
| 8.32 | LinkedIn Corporation | Software subscription prepayment | $956.25 |
| 8.33 | Lucid Software | Software subscription prepayment | $69.49 |
| 8.34 | Lucid Software, Inc. | Software subscription prepayment | $3,393.69 |
| 8.35 | Matterport | Software subscription prepayment | $1,253.75 |
| 8.36 | Mercer | Software subscription prepayment | $6,566.25 |
| 8.37 | Metabase | Software subscription prepayment | $504.00 |
| 8.38 | Miro/Realtimeboard Inc. | Software subscription prepayment | $8,466.80 |
| 8.39 | Modano | Software subscription prepayment | $2,160.00 |
| 8.40 | NACS | Prepaid dues & subscriptions | $787.50 |
| 8.41 | Navan, Inc. | Software subscription prepayment | $25,602.00 |
| 8.42 | Okta, Inc. | Software subscription prepayment | $27,614.08 |
| 8.43 | Omada Technologies, LLC | Various annual subscription prepayments | $6,294.96 |
| 8.44 | OpsGenie | Various annual subscription prepayments | $2,642.43 |
| 8.45 | Oracle Netsuite | Software subscription prepayment | $5,837.11 |
| 8.46 | PC Connection Sales Corp. | Software subscription prepayment | $30,497.59 |
| 8.47 | Postman | Various annual subscription prepayments | $17,006.69 |
| 8.48 | Rockwell Automation, Inc. | Various annual subscription prepayments | $9,250.62 |
| 8.49 | Sixfifty Technologies | Prepaid consulting services | $2,124.97 |
| 8.50 | Slack | Software subscription prepayment | $33,468.75 |
| 8.51 | Sonar Source | Software subscription prepayment | $3,169.61 |
| 8.52 | Sonar Source/Oracle Netsuite | Software subscription prepayment | $0.00 |

| Debtor | Takeoff Technologies, Inc. | Case number (*if known*) | 24-11106 |
|---|---|---|---|
| | Name | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.53 | Symbol Security | Software subscription prepayment | $4,685.31 |
| 8.54 | ThousandEyes | Various annual subscription prepayments | $9,992.81 |
| 8.55 | Webflow | Software subscription prepayment | $156.19 |
| 8.56 | Young Presidents Organization | Prepaid dues & subscriptions | $595.83 |
| 8.57 | Zendesk | Various annual subscription prepayments | $43,529.98 |
| 8.58 | Zoom | Software subscription prepayment | $190.00 |
| 8.59 | Zoominfo | Software subscription prepayment | $2,500.00 |

| 9. | **Total of Part 2.** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | **$1,064,818.46** |

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

| | | Current value of debtor's interest |
|---|---|---|

**11.    Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $3,662,603.14 | - | $0.00 | = | $3,662,603.14 |
| 11b. Over 90 days old: | $768,203.25 | - | $0.00 | = | $768,203.25 |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$4,430,806.39** |

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

Debtor    **Takeoff Technologies, Inc.**                                          Case number (*if known*)  **24-11106**
                    Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | | |
| | Name of entity: | % of ownership | | |
| 15.1 | TAKEOFF INTERNATIONAL SUBCO INDIA PRIVATE LIMITED | 99.99% % | N/A | Undetermined |
| 15.2 | Takeoff International Subco, LLC | 100% % | N/A | Undetermined |
| 15.3 | Takeoff Technologies Australia Pty Ltd | 100% % | N/A | Undetermined |
| 15.4 | Takeoff Technologies Canada Inc. | 100% % | N/A | Undetermined |
| 15.5 | TAKEOFF TECHNOLOGIES FZE | 100% % | N/A | Undetermined |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

17. **Total of Part 4.**
    Add lines 14 through 16. Copy the total to line 83.

    **Undetermined**

---

**Part 5:**    Inventory, excluding agriculture asset

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below

Debtor    **Takeoff Technologies, Inc.** _____    Case number (*if known*) **24-11106**
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** **Work in progress** | | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** **Other inventory or supplies** | | | | |
| 22.1 Spare Parts Inventory | N/A | $213,634.95 | Average Cost | $213,634.95 |

**23.** **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| **$213,634.95** |

**24.** **Is any of the property listed in Part 5 perishable?**

■ No.
☐ Yes.

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No.
☐ Yes. Book value _____ Valuation method _____ Current Value _____

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **Crops-either planted or harvested** | | | |
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29.**   **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30.**   **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 30.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.**   **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| Debtor | Takeoff Technologies, Inc. | Case number (*if known*) | 24-11106 |
| --- | --- | --- | --- |
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | | $0.00 |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No.

   ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____  Valuation method _____  Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** | **Office furniture** | | |
| 39.1 | Furniture & Fixtures, Net | $192,344.40 | NBV | $192,344.40 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** | **Office fixtures** | | |
| 40.1 | | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| 41.1 | Computer & Software, Net | $160,437.88 | NBV | $160,437.88 |
| 41.2 | Leasehold Improvements, Net | $0.00 | NBV | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
| 42.1 | | | | $0.00 |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

**$352,782.28**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | MFC Fixed Assets, Net | $1,096,966.65 | NBV | $1,096,966.65 |

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

**51.    Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$1,096,966.65

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No.

☐ Yes.

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1    1101 Sanderson Ave, Floor 1, Scranton, PA 18509 Warehouse Space: 7200 sq. ft. Lease Term: 3/15/23 - 4/1/26 | Leasehold Interest | Undetermined | N/A | Undetermined |
| 55.2    203 Crescent St., Suite 203, Waltham, MA 02453 Office Space: 3589 sq. ft. Lease Term: 3/1/18 - 6/30/27 | Leasehold Interest | Undetermined | N/A | Undetermined |
| 55.3    2124 Barrett Park Dr, Kennesaw, GA 30144 Off-Site Storage Space | Storage Agreement | Undetermined | N/A | Undetermined |

**56.    Total of Part 9.**
Add the current value on lines 55.1 through 55.3 and entries from any additional sheets.
Copy the total to line 88

**Undetermined**

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☒ No.

  ☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☒ No.

  ☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☒ Yes. Fill in the information below

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | Patent - Climate-controlled container system Publication NO. AU2021206911A1 / Application NO. AU2021206911 | Undetermined | N/A | Undetermined |
| 60.2 | Patent - CLIMATE-CONTROLLED CONTAINER SYSTEM Publication NO. CA3126030A1 / Application NO. CA3126030 | Undetermined | N/A | Undetermined |
| 60.3 | Patent - Climate-controlled container system Publication NO. GB202110641D0 / Application NO. GB2110641 | Undetermined | N/A | Undetermined |
| 60.4 | Patent - Climate-controlled container system Publication NO. GB2601863A / Application NO. GB2110641 | Undetermined | N/A | Undetermined |
| 60.5 | Patent - Climate-controlled container system Publication NO. US11656020B2 / Application NO. US17031000 | Undetermined | N/A | Undetermined |
| 60.6 | Patent - CLIMATE-CONTROLLED CONTAINER SYSTEM Publication NO. US20220026139A1 / Application NO. US17031000 | Undetermined | N/A | Undetermined |
| 60.7 | Patent - SCAN-FREE ORDER FULFILLMENT Publication NO. US20240062152A1 / Application NO. US18234455 | Undetermined | N/A | Undetermined |
| 60.8 | Trademark - "TAKEOFF" Wordmark / REGISTRATION NO. 2057250. Jurisdiction: Australia | Undetermined | N/A | Undetermined |
| 60.9 | Trademark - "TAKEOFF" Wordmark / Serial NO. 87980902 / REGISTRATION NO. ; 5789432 | Undetermined | N/A | Undetermined |
| 60.10 | Trademark - "TAKEOFF" Wordmark + Logo / Serial NO. 87981194 / REGISTRATION NO. ; 5823043 | Undetermined | N/A | Undetermined |
| 60.11 | Trademark - TAKEOFF Logo / Serial NO. 87981193 / REGISTRATION NO. ; 5823042 | Undetermined | N/A | Undetermined |
| 60.12 | Trademark - TAKEOFF Logo REGISTRATION NO. 2057251. Jurisdiction: Australia | Undetermined | N/A | Undetermined |
| 60.13 | Trademark Pending Application - "TAKEOFF" Wordmark / REGISTRATION NO. 2000576. Jurisdiction: Canada | Undetermined | N/A | Undetermined |
| 60.14 | Trademark Pending Application - TAKEOFF Logo REGISTRATION NO. 2000987. Jurisdiction: Canada | Undetermined | N/A | Undetermined |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **Internet domain names and websites** | | | |
| 61.1 | Domain Takeoff.com | Undetermined | N/A | Undetermined |

Debtor    **Takeoff Technologies, Inc.**                                    Case number (*if known*)  **24-11106**
_____                          _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1 | Acquired Technology | Undetermined | N/A | Undetermined |
| 64.2 | Capitalized Software | Undetermined | N/A | Undetermined |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** **Goodwill** | | | |
| 65.1 | | | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| **Undetermined** |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No.

■ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

■ Yes.

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | | |
| 71.1 | | Total face amount | doubtful or uncollectible amount | $0.00 |

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | |
| 72.1 | Sales Tax Refund | Tax year | Various | $38,734.26 |
| 72.2 | Unused NOL | Tax year | Cumulative through 2023 | Undetermined |

Debtor    **Takeoff Technologies, Inc.**                                    Case number (*if known*)    **24-11106**
_____
Name

| | Current value of debtor's interest |
|---|---|
| **73.** **Interests in insurance policies or annuities** | |
| 73.1 | AXIS Insurance Company: Commercial Crime Insurance Policy #P-001-000539977-04 | Undetermined |
| 73.2 | AXIS Insurance Company: Excess Director & Officer Policy #P-001-001288392-01 | Undetermined |
| 73.3 | Coalition Insurance Solutions, Inc.: E&O, Cyber Liability, Media Liability Policy #C-4LQL-090559-CYBER-2024 | Undetermined |
| 73.4 | Endurance American Specialty Insurance Company (Sompo International): Management Assurance Policy (Directors & Officers, Employment Practices Liability Insurance) Policy #MAP30051371600 | Undetermined |
| 73.5 | Hartford Fire Insurance Company: ERISA Fidelity Bond Policy #10BDDIY4983 | Undetermined |
| 73.6 | QBE Specialty Insurance Company: Directors & Officers Side A Insurance Policy # 130007184 | Undetermined |
| 73.7 | Scottsdale Insurance Company (Nationwide): Excess Executive / Officer & Cyber Policy #EKS3508852 | Undetermined |
| 73.8 | The Phoenix Insurance Company (Travelers): General Liability, Employee Benefit Liability & Deluxe Property Policy #ZLP-51N36477-24-I5 | Undetermined |
| 73.9 | The Phoenix Insurance Company (Travelers): Umbrella Liability Policy #CUP-4R938049-24-I5 | Undetermined |
| 73.10 | The Travelers Indemnity Company Of America: Workers' Compensation and Employer's Liability Policy #UB-2X515875-24-I5-E | Undetermined |
| 73.11 | Travelers Property Casualty Company Of America: Hired & Non Owned Auto Policy #BA-4R931571-24-I5-G | Undetermined |

| | Current value of debtor's interest |
|---|---|
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | | $0.00 |

| | Current value of debtor's interest |
|---|---|
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | | $0.00 |

| | Current value of debtor's interest |
|---|---|
| **76.** **Trusts, equitable or future interests in property** | |
| 76.1 | | $0.00 |

Debtor    **Takeoff Technologies, Inc.** _____    Case number (*if known*)    24-11106
          Name

|  |  | Current value of debtor's interest |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | AP reclassed to AR | $660.00 |
| 77.2 | Intercompany Receivable from TAKEOFF INTERNATIONAL SUBCO INDIA PRIVATE LIMITED | $817,515.46 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$856,909.72 plus undetermined amounts.** |
|---|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Debtor | **Takeoff Technologies, Inc.** | Case number (*if known*) | **24-11106** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,514,242.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,064,818.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,430,806.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $213,634.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $352,782.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,096,966.65 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $856,909.72 plus undetermined amounts. | |
| 91. **Total. Add lines 80 through 90 for each column** | $9,530,161.30 plus undetermined amounts. | +91b. Undetermined |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,530,161.30 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name    **Takeoff Technologies, Inc.**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **24-11106**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | |
| 3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$0.00** | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Takeoff Technologies, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>District of Delaware</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>24-11106</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 | $0.00 |

Administración Federal de Ingresos Públicos
Hipólito Yrigoyen 370 - PB
Ciudad Autónoma de Buenos Aires Código  C1086
Argentina

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,750.00 | $13,750.00 |

Amiri, Amir
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.3** | **Priority creditor's name and mailing address** | | |
| | | **As of the petition filing date, the claim is:** Check all that apply. | $10,416.67 | $10,416.67 |

**2.3** **Priority creditor's name and mailing address**

Arciniegas, Edgar
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $10,416.67
Priority amount: $10,416.67

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.4** **Priority creditor's name and mailing address**

Arizona Department of Revenue
1600 W Monroe St.
Phoenix AZ 85007-2650

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**

Australia Taxation Office
GPO Box 9990
SYDNEY NSW 2001
Australia

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**

Australian Taxation Office
Ground Floor, Ethos House 28-36 Ainslie Avenue
Canberra ACT 2600
Australia

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.7 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Australian Taxation Office
PO Box 9977
Civic Square
ACT  2608
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.8 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Australian Taxation Office
PO Box 3524
ALBURY NSW 2640
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.9 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Australian Taxation Office
PO Box 9990
Penrith NSW 2740
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.10 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,915.83 | $4,915.83 |
|---|---|---|---|---|

Becker, Alex
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.11** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $14,583.33 | $14,583.33

Buckland Reisner, Krista
Address on file

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☐ No
- ☐ Yes

---

**2.12** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $9,062.50 | $9,062.50

Bujold, Jimmy
Address on file

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☐ No
- ☐ Yes

---

**2.13** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $0.00 | $0.00

California Dept of Tax & Fee Admin
3321 Power Inn Road
Suite 210
Sacramento CA 95826

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

- ☐ No
- ☐ Yes

---

**2.14** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | $0.00 | $0.00

California State Board of Equalization
15350 Sherman Way 250 Van Nuys
Van Nuys CA 91406

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

- ☐ No
- ☐ Yes

---

Debtor  **Takeoff Technologies, Inc.** _____ Case number (if known)  **24-11106**
Name

| | Total claim | Priority amount |
|---|---|---|

**2.15  Priority creditor's name and mailing address**

Canada Revenue Agency
Canada Revenue Agency Tax Centre 1050 Notre
Dame Avenue
Sudbury ON P3A 5C2
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.16  Priority creditor's name and mailing address**

Canada Revenue Agency
11 Rue Laurier
Gatineau QC K1A 0S5
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.17  Priority creditor's name and mailing address**

Canada Revenue Agency
Prince Edward Island Tax Centre
275 Pope Road
Summerside PE C1N 6A2
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.18  Priority creditor's name and mailing address**

Canada Revenue Agency
Winnipeg Tax Centre
66 Stapon Road
Winnipeg MB R3C 3M2
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

| Debtor | Takeoff Technologies, Inc. | | Case number (if known) | 24-11106 | |
|--------|----------------------------|---|-----------------------|----------|--|
| | Name | | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19 Priority creditor's name and mailing address**

Canadian Revenue Agency
11 Rue Laurier
Gatineau QC K1A 0S5
Canada

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00  Priority amount: $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.20 Priority creditor's name and mailing address**

Cannon, Josh
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $13,083.33  Priority amount: $13,083.33

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.21 Priority creditor's name and mailing address**

Carey, Chris
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $32,812.50  Priority amount: $15,150.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.22 Priority creditor's name and mailing address**

Certificate of Good Standing (State of Delaware) - License Fees
401 Federal Street – Suite 4
Dover DE 19901

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00  Priority amount: $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.23**  **Priority creditor's name and mailing address**

Certification of Incorporation (DE) - License Fees
401 Federal Street – Suite 4
Dover DE 19901

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00   Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.24**  **Priority creditor's name and mailing address**

Certification of Incorporation (DE) - License Fees
16192 Coastal Hwy.
Lewes DE 19958

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00   Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.25**  **Priority creditor's name and mailing address**

Chang, David
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $20,625.00   Priority amount: $15,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.26**  **Priority creditor's name and mailing address**

Cole, Rich
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $14,791.67   Priority amount: $14,791.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.27** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | | $26,562.50 | $15,150.00 |

Collins, James
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.28** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | | $0.00 | $0.00 |

Colorado Department of Revenue
1375 Sherman St.
Denver CO 80261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.29** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | | $2,916.67 | $2,916.67 |

Cowan, Antonia
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.30** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

| | | | $0.00 | $0.00 |

CT Dept of Revenue
450 Columbus Boulevard
Suite 1
Hartford CT 06103-

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.31 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

CT Secretary of State
210 Capitol Avenue
Suite 104
Hartford CT 06106-

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.32 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

CT Secretary Of State - License Fees
165 Capitol Avenue, Suite 1000
Hartford CT 06115-0470

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.33 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,375.00 | $9,375.00 |

De Lima Dominguez, Paulina
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.34 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,250.00 | $15,150.00 |

Dean, Emily
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.35**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
|---|---|---|
| | | $0.00 | $0.00 |

Default Tax Agency IN
Indiana Department of Revenue
Individual Income Tax
P.O. Box 40
Indianapolis IN 46206-0040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.36**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
|---|---|---|
| | | $0.00 | $0.00 |

Default Tax Agency PR
P.O. Box 9024140
San Juan PR 00902-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.37**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
|---|---|---|
| | | $0.00 | $0.00 |

Delaware Franchise Taxes
Attn: Kathy L. Revel
820 N. French Street
Wilmington DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.38**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
|---|---|---|
| | | $0.00 | $0.00 |

Dept of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington DC 20528-0525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.39** Priority creditor's name and mailing address

Dept of Revenue KY
501 High Street?
Frankfort KY 40601

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.40** Priority creditor's name and mailing address

Dimuzio, Lia
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,750.00
Priority amount: $3,750.00

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.41** Priority creditor's name and mailing address

Federal Ministry of Finance (Germany)
Detlev-Rohwedder-Haus
Wilhelmstraße 97
Berlin  10117
Germany

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.42** Priority creditor's name and mailing address

Finn, Dan
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,750.00
Priority amount: $8,750.00

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.43**  **Priority creditor's name and mailing address**

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee FL 32399-0100

**As of the petition filing date, the claim is:**
Check all that apply.                                      $0.00                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No
☐ Yes

---

**2.44**  **Priority creditor's name and mailing address**

Florida Department of State
The Centre of Tallahassee
2415 N. Monroe Street
Suite 810
Tallahassee FL 32303

**As of the petition filing date, the claim is:**
Check all that apply.                                      $0.00                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No
☐ Yes

---

**2.45**  **Priority creditor's name and mailing address**

Franchise Tax
PO Box 942857
Sacramento CA 94257-0500

**As of the petition filing date, the claim is:**
Check all that apply.                                      $0.00                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No
☐ Yes

---

**2.46**  **Priority creditor's name and mailing address**

Gallagher, Denise
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.                                      $83.33               $83.33

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.47 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,166.67 | $15,150.00 |
|---|---|---|---|---|

Gaon, Asaf
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| 2.48 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

General Tax Directorate (Uruguay)
DIRECCIÓN GENERAL IMPOSITIVA Av. Daniel
Fernández Crespo 1534
Montevideo CP
Uruguay

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.49 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,212.51 | $6,212.51 |
|---|---|---|---|---|

Globalization Partners
265 Franklin St.
Suite 502
Boston MA 02110

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus; Barahona,
Claudio (Globalization Partners)

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| Debtor | Takeoff Technologies, Inc. | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.50** | **Priority creditor's name and mailing address**

Globalization Partners
265 Franklin St.
Suite 502
Boston MA 02110

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,087.19
Priority amount: $4,087.19

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus; Ahmed, Umair (Globalization Partners)

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.51** | **Priority creditor's name and mailing address**

Hawkesworth, David
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $10,833.33
Priority amount: $10,833.33

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.52** | **Priority creditor's name and mailing address**

IA Dept of Revenue
PO Box 10330
Des Moines IA 50306-0330

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.53** | **Priority creditor's name and mailing address**

Illinois Department of Revenue
PO BOX 1040
GALESBURG IL 61402-1040

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

Debtor    **Takeoff Technologies, Inc.** _____ Case number (if known) **24-11106**

Name

| | Total claim | Priority amount |
|---|---|---|

**2.54** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Illinois Dept. of Revenue
PO BOX 19035
Springfield IL 62794-9035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** Tax claim

**Last 4 digits of account number** | **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.55** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Indian Revenue Service
Ministry of Finance, Department of Revenue, North Block
New Delhi
India

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** Tax claim

**Last 4 digits of account number** | **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.56** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Inland Revenue Department
Level 8, Asteron Centre
55 Featherston Street
Wellington  6011
New Zealand

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** Tax claim

**Last 4 digits of account number** | **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.57** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Internal Revenue Service
1500 Pennsylvania Avenue, NW
Washington DC 20220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** Tax claim

**Last 4 digits of account number** | **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.58** | **Priority creditor's name and mailing address** | $51,250.00 | $15,150.00 |

**2.58**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply. |
| James, Russell | ■ Contingent |
| Address on file | ☐ Unliquidated |
| | ☐ Disputed |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| | Prepetition Retention Bonus |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim: 4** | ☐ No |
| | ☐ Yes |

**2.59**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | Check all that apply. | $31,250.00 | $15,150.00 |
| Kaufman, Mary | ■ Contingent | | |
| Address on file | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| | Prepetition Retention Bonus |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim: 4** | ☐ No |
| | ☐ Yes |

**2.60**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | Check all that apply. | $14,791.67 | $14,791.67 |
| Khan, Omer | ■ Contingent | | |
| Address on file | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| | Prepetition Retention Bonus |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim: 4** | ☐ No |
| | ☐ Yes |

**2.61**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | Check all that apply. | $17,916.67 | $15,150.00 |
| Kirsch, Dan | ■ Contingent | | |
| Address on file | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| | Prepetition Retention Bonus |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim: 4** | ☐ No |
| | ☐ Yes |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.62 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

KIS Poland
National Revenue Administration Information Center
Warszawska 5
Bielsko-Biala  43-300
Poland

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.63 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

KS DEPT OF REVENUE TAX
PO Box 750260
Topeka KS 66699-0260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.64 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,254.17 | $4,254.17 |
|---|---|---|---|---|

Lin, Bruno
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| 2.65 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Maine Revenue Services
Compliance Division
PO Box 9107
Augusta ME 04332-9107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|--------|-------------------------------|------------------------|--------------|

Name

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.66 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,416.67 | $15,150.00 |
|------|---|---|---|---|

Mancinelli, Dave
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.67 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,416.67 | $10,416.67 |
|------|---|---|---|---|

Masi, Christopher
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.68 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|------|---|---|---|---|

Massachusetts Department of Revenue
436 Dwight Street
Springfield MA 01103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.69 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,000.00 | $12,000.00 |
|------|---|---|---|---|

Matos, Juan
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

Debtor  **Takeoff Technologies, Inc.** _____ Case number (if known) **24-11106**

Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.70**  **Priority creditor's name and mailing address**

Michigan Department of Treasury
430 W Allegan St
Lansing MI 48933

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00   Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.71**  **Priority creditor's name and mailing address**

Minister of Finance ON
95 Grosvenor Street
Toronto ON M7A 1Y8
Canada

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00   Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.72**  **Priority creditor's name and mailing address**

Ministerio de Hacienda
Teatinos 120, 8340487
Santiago, Región Metropolitana  Chile

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00   Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.73**  **Priority creditor's name and mailing address**

Ministry of Finance (India)
Department of Expenditure
Room No. 76
New Delhi  110001
India

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00   Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|

Name

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.74** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $0.00 | $0.00 |

Minnesota Department of Revenue
600 North Robert St
St. Paul MN 55101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.75** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $90,282.95 | $15,150.00 |

Mitchell Freeman
Address on file

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Severance claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.76** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $0.00 | $0.00 |

National Association of Attorneys General
Karen Cordry
1850 M St., NW 12th Floor
Washington DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.77** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $0.00 | $0.00 |

NE Dept of Revenue
PO BOX 94818
Lincoln NE 68509-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.78 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | |
|---|---|---|---|---|

$0.00          $0.00

New Hampshire Department of Revenue
109 Pleasant Street
Concord NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.79 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

$0.00          $0.00

New Hampshire Department of Revenue -
Administration Unit
109 Pleasant Street
P.O. Box 457
Concord NH 03302-0457

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.80 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

$0.00          $0.00

New Jersey Department of Treasury
P.O. Box 002
Trenton NJ 08625-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.81 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
|---|---|---|

$0.00          $0.00

New York Department of Taxation & Finance
Bankruptcy Section, P.O. Box 5300
Albany NY 12205-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2.82 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $0.00 | $0.00 |
| | Newfoundland Exchequer NL<br>P.O. Box 8700<br>St. John's NL A1B 4J6<br>Canada | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Tax claim | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ☐ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.83 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $4,166.67 | $4,166.67 |
| | Nguyen, Lam<br>Address on file | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Prepetition Retention Bonus | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.84 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $0.00 | $0.00 |
| | North Carolina Department of Revenue<br>PO Box 25000<br>Raleigh NC 27640-0640 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Tax claim | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ☐ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.85 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $7,083.33 | $7,083.33 |
| | Nowicki, Chris<br>Address on file | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>Prepetition Retention Bonus | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No<br>☐ Yes | | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.86** **Priority creditor's name and mailing address**

Oliverio, Nicholas
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,833.33
Priority amount: $5,833.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.87** **Priority creditor's name and mailing address**

OREGON REVENUE DEPT
955 Center Street NE
Salem OR 97301-2555

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.88** **Priority creditor's name and mailing address**

Park, Michael
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $15,000.00
Priority amount: $15,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.89** **Priority creditor's name and mailing address**

Pennsylvania Department of Revenue
Office of Chief Counsel
PO Box 281061
Harrisburg PA 17128

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.90** **Priority creditor's name and mailing address**

Provincial Treasurer AB
9811 109 Street NW
Edmonton AB T5K 2L5
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.91** **Priority creditor's name and mailing address**

Receiver General
Place du Portage Phase III
11A2-11 Laurier Street
Gatineau QC K1A 0S5
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.92** **Priority creditor's name and mailing address**

Scheunemann, Kevin
Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $17,500.00   Priority amount: $15,150.00

---

**2.93** **Priority creditor's name and mailing address**

Schweller, Erik
Address on file

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $17,065.00   Priority amount: $15,150.00

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.94 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $3,205.83 | $3,205.83 |
|---|---|---|---|---|

Squires, David
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.95 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Alabama - State Sales Tax
50 N. Ripley St.
Montgomery AL 36130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.96 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Arizona - State Sales Tax
Arizona Department Revenue
1600 W. Monroe St.
Phoenix AZ 85007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.97 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Arizona Attorney General
Attention Bankruptcy Dept
2005 N Central Ave
Phoenix AZ 85004-2926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.98** **Priority creditor's name and mailing address**

State of California - Employment Development Department
800 Capitol Mall
Sacramento CA 95814

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00   Priority amount $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.99** **Priority creditor's name and mailing address**

State of California - Franchise Tax Board
PO BOX 942857
Sacramento CA 94257-0511

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00   Priority amount $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.100** **Priority creditor's name and mailing address**

State of California - State Sales Tax
California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento CA 94279-8062

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00   Priority amount $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.101** **Priority creditor's name and mailing address**

State of California Attorney General
Attention Bankruptcy Dept
P.O. Box 944255
Sacramento CA 94244-2550

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00   Priority amount $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|

Name

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.102 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Colorado Attorney General
Attention Bankruptcy Dept
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.103 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Connecticut - State Sales Tax
Department of Revenue Services
P.O. Box 2976
Hartford CT 06104-2976

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.104 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Delaware, Secretary of State
Division of Corporations
PO Box 898
Dover DE 19903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.105 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Florida
R.A. Gray Building
500 South Bronough Street
Tallahassee FL 32399

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

Debtor **Takeoff Technologies, Inc.** _____ Case number (if known) **24-11106**
Name

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.106** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $0.00 | $0.00

State of Florida - License Fees
Department of State
Division of Corporations
P.O. Box 6327
Tallahassee FL 32314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.107** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $0.00 | $0.00

State of Florida Attorney General
Attention Bankruptcy Dept
The Capitol, PL 01
Tallahassee FL 32399-1050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.108** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $0.00 | $0.00

State of Illinois - State Sales Tax
Department of Revenue
PO Box 19048
Springfield IL 62794-9048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.109** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $0.00 | $0.00

State of Illinois Attorney General
Attention Bankruptcy Dept
100 West Randolph Street
Chicago IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.110** | **Priority creditor's name and mailing address**

State of Indiana - State Sales Tax
Indiana Department of Revenue
P.O. Box 40
Indianapolis IN 46206-0040

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.111** | **Priority creditor's name and mailing address**

State of Iowa - State Sales Tax
Iowa Department of Revenue
PO Box 10466
Des Moines IA 50306-0466

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.112** | **Priority creditor's name and mailing address**

State of Kansas  - State Sales Tax
Kansas Department of Revenue
P.O. Box 3506
Topeka KS 66625-3506

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.113** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of Kentucky - State Sales Tax
Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67
PO Box 181
Frankfort KY 40602-0181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.114** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of Maine Attorney General
Attention Bankruptcy Dept
6 State House Station
Augusta ME 04333-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.115** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of Massachusetts - State Sales Tax
Massachusetts Department of Revenue
PO Box 419544
Boston MA 02241-9544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.116** | **Priority creditor's name and mailing address**

State of Massachusetts Attorney General
Attention Bankruptcy Dept
One Ashburton Place
Boston MA 02108-1698

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.117** | **Priority creditor's name and mailing address**

State of Michigan Attorney General
Attention Bankruptcy Dept
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing MI 48909-0212

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.118** | **Priority creditor's name and mailing address**

State of Minnesota - State Sales Tax
Minnesota Department of Revenue
600 N. Robert St.
St. Paul MN 55146

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.119** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of Minnesota Attorney General
Attention Bankruptcy Dept
1400 Bremer Tower
445 Minnesota Street
St. Paul MN 55101-2131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.120** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of Nebraska - State Sales Tax
Nebraska Department of Revenue
505A Broadway, Suite 800
Scottsbluff NE 69361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.121** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of New Hampshire
107 North Main Street
Concord NH  03301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

**2.122** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00    Priority amount: $0.00

State of New Hampshire Attorney General
Attention Bankruptcy Dept
33 Capitol St.
Concord NH 03301-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.123 | **Priority creditor's name and mailing address** | | |
| | | $0.00 | $0.00 |
| | State of New Jersey<br>Division of Taxation<br>PO Box 281<br>Trenton NJ 08695-0281 | | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.124 | **Priority creditor's name and mailing address** | | |
|---|---|---|---|
| | | $0.00 | $0.00 |
| | State of New Jersey - State Sales Tax<br>New Jersey Division of Taxation<br>P.O. Box 999<br>Trenton NJ 08646-0999 | | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.125 | **Priority creditor's name and mailing address** | | |
|---|---|---|---|
| | | $0.00 | $0.00 |
| | State of New Jersey Attorney General<br>Attention Bankruptcy Dept<br>RJ Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton NJ 08625-0080 | | |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.126** | **Priority creditor's name and mailing address**

State of New Jersey Department of Labor
PO BOX 059
Trenton NJ 08646-0059

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.127** | **Priority creditor's name and mailing address**

State of New York - State Sales Tax
NYS Department of Taxation and Finance
Attn: Office of Counsel
Building 9
W A Harriman Campus
Albany NY 12227

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.128** | **Priority creditor's name and mailing address**

State of New York - Workers' Compensation Board
Accounts - DB Penalty
328 State Street
Schenectady NY 12305

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

Debtor   **Takeoff Technologies, Inc.**
_____   Case number (if known)   **24-11106**
Name

| | Total claim | Priority amount |
|---|---|---|

2.129   **Priority creditor's name and mailing address**

State of New York Attorney General
Attention Bankruptcy Dept
The Capitol
Albany NY 12224-0341

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.130   **Priority creditor's name and mailing address**

State of North Carolina Attorney General
Attention Bankruptcy Dept
9001 Mail Service Center
Raleigh NC 27699-9001

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.131   **Priority creditor's name and mailing address**

State of Ohio - State Sales Tax
Ohio Department of Taxation
Attn: Business Tax Division
PO Box 2678
Columbus OH 43216-2678

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.132   **Priority creditor's name and mailing address**

State of Pennsylvania Attorney General
Attention Bankruptcy Dept
Strawberry Square
16th Floor
Harrisburg PA 17120

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Takeoff Technologies, Inc.** _____    Case number (if known)    **24-11106** _____

Name

| | Total claim | Priority amount |
|---|---|---|

| | | | |
|---|---|---|---|
| 2.133 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | | $0.00        $0.00 |
| | State of Puerto Rico - State Sales Tax Departamento de Estado PO Box 9023271 San Juan PR 00902-3271 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** Tax claim | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim: 8** | ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.134 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | | $0.00        $0.00 |
| | State of Tennessee - State Sales Tax Tennessee Department of Revenue Andrew Jackson Building 500 Deaderick Street Nashville TN 37242 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** Tax claim | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim: 8** | ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.135 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | | $0.00        $0.00 |
| | State of Tennessee Attorney General Attention Bankruptcy Dept P.O. Box 20207 Nashville TN 37202-0207 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** Tax claim | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim: 8** | ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.136 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | |
| | | | $0.00        $0.00 |
| | State of Texas - State Sales Tax Texas Comptroller of Public Accounts Lyndon B. Johnson State Office Building 111 East 17th Street Austin TX 78774 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** Tax claim | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim: 8** | ☐ No ☐ Yes | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.137 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Vermont Dept of Taxes
PO Box 1881
Montpelier VT  05601-1881

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.138 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Washington - State Sales Tax
Department of Revenue
Centerpointe Campus, Cascade East Building
20819 72nd Avenue South
Suite 680
Kent WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.139 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State of Washington Attorney General
Attention Bankruptcy Dept
1125 Washington St. SE
P.O. Box 40100
Olympia WA 98504-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|

Name

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.140 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

State Tax Service of Ukraine
8 Lvivska Square
Kyiv  04053
Ukraine

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.141 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

Strong, Marie
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.142 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Tax Agency AL
P.O. Box 3164
Auburn AL 36831-3164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.143 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Tax Agency AZ
1600 West Monroe Street
Phoenix AZ 85007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.144 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Tax Agency CA
P.O. Box 942879
Sacramento CA 94279

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.145 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Tax Agency CO
Colorado Department of Revenue
P.O. Box 17087
Denver CO 80217-0087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.146 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Tax Agency CT
450 Columbus Blvd.
Suite 1
Hartford  CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.147 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Tax Agency IA
Iowa Department of Revenue
Hoover State Office Building
1305 E. Walnut
Des Moines IA  50319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.148 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Tax Agency IL
555 WEST MONROE STREET
SUITE 1100
CHICAGO IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.149 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Tax Agency IN
1411 E. 85th Ave.
Merrillville IN  46410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.150 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Tax Agency KS
Scott State Office Building
120 SE 10th Avenue
Topeka KS 66612-1103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

Debtor    **Takeoff Technologies, Inc.**
_____    Case number (if known)    **24-11106**

Name

|  | Total claim | Priority amount |
|---|---|---|

| 2.151 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Tax Agency KY
?Kentucky Department of Revenue
Excise Tax Section
Station 62
PO Box 1303
Frankfort  KY  40602-1303?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.152 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Tax Agency MA
1 Ashburton Place
Boston MA 02108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| 2.153 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |

Tax Agency MN
Minnesota Revenue
600 N. Robert St.
St. Paul MN  55146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.154** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

Tax Agency MO
Harry S Truman State Office Building
301 West High Street
Jefferson City MO  65101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.155** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

Tax Agency NE
Nebraska Department of Revenue
PO Box 94818
Lincoln NE  68509-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.156** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

Tax Agency NJ
Division of Taxation
PO Box 281
Trenton NJ 08695-0281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.157** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

Tax Agency PR
City View Plaza II building
48 Carr 165 km. 1.2
Guaynabo PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
| --- | --- | --- | --- |
| | Name | | |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.158** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00   Priority amount: $0.00

Tax Agency PR : Tax Agency PR (3-1664186052)
P.O. Box 9024140
San Juan PR 00902-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.159** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00   Priority amount: $0.00

Tax Agency PR : Tax Agency PR (6-1664186052)
P.O. Box 9024140
San Juan PR 00902-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.160** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00   Priority amount: $0.00

Tax Agency TN
Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville TN 37242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.161** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $0.00   Priority amount: $0.00

Tax Agency TX
Texas Comptroler of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin TX 78774

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|

Name

|  | Total claim | Priority amount |
|---|---|---|

**2.162** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00 / $0.00

Tax Agency TX [1]
Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin TX 78774

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.163** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00 / $0.00

Tax Agency WA
Washington State Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle WA  98121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.164** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00 / $0.00

Tax1099
1 East Center Street # 250
Fayetteville AR 72701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.165** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$10,054.17 / $10,054.17

Tcheng, Layne
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.166** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

Tennessee Department of Revenue
500 Deaderick Street, Andrew Jackson Building
Nashville TN 37242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.167** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

The Spanish Tax Administration Agency
Calle Infanta Mercedes 37.
Madrid  28020
Spain

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.168** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

TN STATE REVENUE
Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville TN 37242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.169** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $0.00    Priority amount $0.00

U.S. Department of Justice (DOJ)
950 Pennsylvania Avenue NW
Washington DC 20530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.170** | **Priority creditor's name and mailing address**

United Arab Emirates Federal Tax Authority
Emirates Property Investment Company Building,
P.O. Box 2440
Abu Dhabi
United Arab Emirates

| | Total claim | Priority amount |
|---|---|---|
| | $0.00 | $0.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.171** | **Priority creditor's name and mailing address**

United States of America Attorney General
Attention Bankruptcy Dept
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

| | Total claim | Priority amount |
|---|---|---|
| | $0.00 | $0.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
Tax claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.172** | **Priority creditor's name and mailing address**

Vezina, Rachel
Address on file

| | Total claim | Priority amount |
|---|---|---|
| | $14,583.33 | $14,583.33 |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.173** | **Priority creditor's name and mailing address**

Vivas, Juan
Address on file

| | Total claim | Priority amount |
|---|---|---|
| | $18,750.00 | $15,150.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
Prepetition Retention Bonus

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.174** | **Priority creditor's name and mailing address**

WA Dept of Revenue
Washington State Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle WA  98121

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00     Priority amount: $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.175** | **Priority creditor's name and mailing address**

Walker, Matt
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $28,125.00     Priority amount: $15,150.00

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.176** | **Priority creditor's name and mailing address**

Wang, James
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,860.83     Priority amount: $5,860.83

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.177** | **Priority creditor's name and mailing address**

Wang, Tao Tao
Address on file

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $12,250.00     Priority amount: $12,250.00

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

Debtor **Takeoff Technologies, Inc.** _____ Case number (if known) **24-11106**

Name

|  | Total claim | Priority amount |
|---|---|---|

| 2.178 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Washington DC Attorney General
Attention Bankruptcy Dept
441 4th Street, NW
Washington DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.179 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Washington DC Office of Tax and Revenue
1101 4th St SW
Ste 270 West
Washington DC 20024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.180 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

Washington Department of Revenue
Taxpayer Account Administration
P.O. Box 47476
Olympia WA 98504-7476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

| 2.181 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,250.00 | $15,150.00 |
|---|---|---|---|---|

Weber, Bryan
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 48 of 65

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
| | Name | | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.182 | **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:**
Check all that apply.

|  | Total claim | Priority amount |
|---|---|---|
|  | $12,760.83 | $12,760.83 |

Zakharenko, Olga
Address on file

■ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Prepetition Retention Bonus

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $10,290.32 |
|---|---|---|---|
| | | ☐ Contingent | |
| | 11 Sedano's Supermarkets<br>Attn: General Counsel<br>14655 SW 56 St<br>Miami FL 33175 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Trade Claim</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $2,071.91 |
|---|---|---|---|
| | | ☐ Contingent | |
| | ADP International Services BV<br>Lylantse Baan 1<br>Capelle aan den Ijssel  ZH 2908 LG<br>Netherlands | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Trade Claim</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | Undetermined |
|---|---|---|---|
| | | ■ Contingent | |
| | Albertsons<br>250 E. Parkcenter Blvd.<br>Boise ID 83706 | ■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Customer Claim</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $3,738.19 |
|---|---|---|---|
| | | ☐ Contingent | |
| | Alejandro Lecuna<br>Address on file | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Trade Claim</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,650,000.00 |
|---|---|---|---|
| | | ■ Contingent | |
| | Associated Wholesale Grocers, Inc.<br>5000 Kansas Avenue<br>Kansas City KS 66106 | ■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>Various</u> | **Basis for the claim:** <u>Trade Claim</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor    **Takeoff Technologies, Inc.** _____    Case number (if known) **24-11106**
          Name

|  | | | Amount of claim |
|---|---|---|---|

**3.6**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$6,420.00

Baker Tilly US, LLP
10 Terrace Court
PO BOX 7398
MADISON WI 53707-7398

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.7**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$27,800.00

BDO USA LLP
PO Box 642743
Pittsburgh PA 15264-2743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$2,495.20

BostonBean Coffee Co.
23 Draper Street
Woburn MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.9**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$45,791.22

Brilyant IT Solutions Pvt Ltd
New Municipal No. 139, HAL Airport
Road, Bengaluru (Bangalore) Urban
Karnataka  560008
India

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$149.90

Canva
200 East 6th Street
Austin TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined**

Carrefour MAF
c/o Majid Al Futtaim
Tower 1, 10th Floor, City Centre Deira Complex
PO Box 91100,
Dubai
United Arab Emirates

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Customer Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,466.43**

Cassels Brock & Blackewll LLP
Suite 3200, Bay Adelaide Centre – North Tower
40 Temperance St.
Toronto ON M5H 0B4
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,365.05**

ChartHop, Inc.
130 Shore Road
Ste. 350
Port Washington NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined**

Christian Lytle
Address on file

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 44644

**Basis for the claim:** Workers Comp Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$372.10**

Cityscapes Plant Care, Inc.
CityScapes Plant Care
P. O. Box 170720
Boston MA 02117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor    **Takeoff Technologies, Inc.** _____ — Case number (if known) __**24-11106**__
          Name

|  |  | Amount of claim |
|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,999.26 |
|---|---|---|---|

ClearCompany Llc
PO Box 936918
Atlanta GA 31193-6918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,424.00 |
|---|---|---|---|

Cogent Communications, Inc.
PO Box 791087
Baltimore MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $312.67 |
|---|---|---|---|

Dalton Electrical
6 Prescott Street
Penrose Auckland
New Zealand

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $759.91 |
|---|---|---|---|

DAR AL SULAIMANIAH FOR TRADING CO
No. 3995
Riyadh  12445
Saudi Arabia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | Undetermined |
|---|---|---|---|

Deloitte & Touche LLP
P.O. Box 844708
Dallas TX 75284-4708

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

Design Label Systems (DLS) - Canada
150 Capital Court
Mississauga ON L5T 2R8
Canada

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$1,524.61

---

**3.22**

**Nonpriority creditor's name and mailing address**

DHL New Zealand
7 McNab St
Penrose Auckland
New Zealand

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$182.71

---

**3.23**

**Nonpriority creditor's name and mailing address**

Doit International USA Inc
Attn: General Counsel
2445 Augustine Dr
Suite 150
Santa Clara CA 95054

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$378,146.17

---

**3.24**

**Nonpriority creditor's name and mailing address**

Econo
47 Calle Georgetti
Comerio PR 00782

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Customer Claim

**Is the claim subject to offset?**   ☐ No   ☐ Yes

Undetermined

---

**3.25**

**Nonpriority creditor's name and mailing address**

Grainger
400 Arsenal Street
Watertown MA 02472

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?**   ☐ No   ☐ Yes

$10,260.56

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.26** Nonpriority creditor's name and mailing address

Graphic Information Systems Inc
7177 Central Parke Boulevard
Mason OH 45040

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: $260.71**

---

**3.27** Nonpriority creditor's name and mailing address

GS1
Dept 781271
P.O. Box 78000
Detroit MI 48278

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: Undetermined**

---

**3.28** Nonpriority creditor's name and mailing address

Gunderson Dettmer Stough Villeneuve Franklin & Hachigan, LLP
550 Allerton St.
Redwood City CA 94063

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: $214,888.07**

---

**3.29** Nonpriority creditor's name and mailing address

Hy-Vee, Inc.
5820 Westown Parkway
West Des Moines IA 50266

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: $7,051,526.74**

---

**3.30** Nonpriority creditor's name and mailing address

iDeals
815 N Royal Street, Suite 202
Alexandria VA 22314

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: $4,621.88**

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.31** | **Nonpriority creditor's name and mailing address**

invenia
30 Sovereign Street
Leeds
England  LS1 4BA
United Kingdom

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$56,250.00**

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**

JAMF Software, LLC
100 Washington Ave S
Suite 1100
Minneapolis MN 55401

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,513.66**

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

KNAPP Systemintegration GmbH
Waltenbachstrasse 9
Leoben  8700
Austria

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**$2,046,234.25**

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

KNAPP, Inc.
2124 Barrett Park Drive NW
Suite 100
Kennesaw GA 30144

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**$14,801,993.34**

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

Lando & Anastasi, LLP
60 State Street
23rd Floor
Boston MA 02109

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,249.75**

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

Lever Inc
Dept 0569
PO Box 120569
Dallas TX 75312-0569

**Date(s) debt was incurred** _Various_

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**Undetermined**

---

**3.37** **Nonpriority creditor's name and mailing address**

LinkedIn Corporation
Attn: General Counsel
1000 W Maude Ave
Sunnyvale CA 94085

**Date(s) debt was incurred** _Various_

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$13,252.86**

---

**3.38** **Nonpriority creditor's name and mailing address**

LinkEx, Inc.
1621 Hutton Dr
Carollton TX 75006

**Date(s) debt was incurred** _Various_

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$6,550.53**

---

**3.39** **Nonpriority creditor's name and mailing address**

Maverick Exhibits Inc
660 Wellington Street
E. Aurora ON L4G OK3
Canada

**Date(s) debt was incurred** _Various_

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$778.02**

---

**3.40** **Nonpriority creditor's name and mailing address**

Microsoft
One Microsoft Way
Redmond WA 98052

**Date(s) debt was incurred** _Various_

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,438.99**

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Amount of claim** |
| --- | --- | --- |

**3.41** **Nonpriority creditor's name and mailing address**

Morgan, brown & Joy, LLP
200 State Street
Boston MA 02109-2605

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$8,595.00**

---

**3.42** **Nonpriority creditor's name and mailing address**

NorthPoint
18 Bonazzoli Avenue
Hudson MA 01749

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$638.06**

---

**3.43** **Nonpriority creditor's name and mailing address**

Oracle Netsuite
500 Oracle Parkway
Redwood Shores CA 94065

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,092.22**

---

**3.44** **Nonpriority creditor's name and mailing address**

Peach Labs, Inc.
108 S Jackson St. Suite 300
Seattle WA 98104

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$5,312.51**

---

**3.45** **Nonpriority creditor's name and mailing address**

PEAK TECHNOLOGIES LLC
9 Beaver Brook Road
Littleton MA 01460

**Date(s) debt was incurred** Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Claim

**Is the claim subject to offset?** ☐ No ☐ Yes

**$681.90**

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,839.39** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Perfect Packet LLC
115 East First Street,
Suite 2E
Hinsdale IL 60521

**Date(s) debt was incurred** Various        **Basis for the claim:** Trade Claim

**Last 4 digits of account number**        **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Pinemelon
5915 Broadway
Denver CO 80216

**Date(s) debt was incurred** Various        **Basis for the claim:** Customer Claim

**Last 4 digits of account number**        **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Pitch Public Relations, LLC
5751 S Wilson Dr
Chandler AZ 85249

**Date(s) debt was incurred** Various        **Basis for the claim:** Trade Claim

**Last 4 digits of account number**        **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$49,238.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

PrepRite By Everidge
15600 37th Ave N
#100
Plymouth MN 55446

**Date(s) debt was incurred** Various        **Basis for the claim:** Trade Claim

**Last 4 digits of account number**        **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,909.11** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Recom Electrical Services
33 Chetwynd Street
Loganholme  QLD 4129
Australia

**Date(s) debt was incurred** Various        **Basis for the claim:** Trade Claim

**Last 4 digits of account number**        **Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
| | Name | | | |

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$113,565.60**

Ricoh USA, inc.
PO Box 827577
Philadelphia PA 19202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$2,947.90**

Robert S. Fers Inc.
134 Middletown Ave
North Haven CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$1,188.50**

RSM Canada LLP
PO BOX 4090 STN A
Lockbox 918960
Toronto ON M5W 0E9
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **Undetermined**

RSM US LLP
5155 Paysphere Circle
Chicago IL 60674

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **Undetermined**

Ryan Johnston
Address on file

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 45212

**Basis for the claim:** Litigation Claim

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$149.95** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Sendgrid
101 Spear Street
Ste 500
San Francisco CA 94105

**Date(s) debt was incurred** Various       **Basis for the claim:** Trade Claim

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$2,298.23** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Sherrard Kuzz LLP
3300-250 Yonge St
Toronto ON M5B 2L7
Canada

**Date(s) debt was incurred** Various       **Basis for the claim:** Trade Claim

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **Undetermined** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

SMU
Attn: General Counsel
Cerro El Plomo 5680
Piso 11
Las Condes
Chile

**Date(s) debt was incurred** Various       **Basis for the claim:** Customer Claim

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$275,108.86** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958)
203 Crescent Street
Suite 203
Waltham MA 02453

**Date(s) debt was incurred** Various       **Basis for the claim:** Intercompany Payable

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | | **$122,556.03** |
|---|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

Takeoff Technologies Canada Inc.
203 Crescent Street
Suite 203
Waltham MA 02453

**Date(s) debt was incurred** Various       **Basis for the claim:** Intercompany Payable

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **Takeoff Technologies, Inc.** _____ Case number (if known) __24-11106__
         Name

|  | | | Amount of claim |
|---|---|---|---|

**3.61**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply     **$482.59**

Team Viewer
P.O. Box 743135
Atlanta GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.62**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply     **$649.82**

The Red Apple
70 Central Street
Acton MA 01720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply     **$92,576.33**

The Siemon Company
101 Siemon Company Drive
Watertown CT 06795

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply     **Undetermined**

Tienda Inglesa
Address on file

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Customer Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.65**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply     **Undetermined**

TripActions Inc
3045 Park Boulevard
Palo Alto CA 94306

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** Trade Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

|  |  | Amount of claim |
|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,000.00** |
|---|---|---|---|

Upshop
401 East Jackson Street
Suite 3300
Tampa FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:**<u>Trade Claim</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
|---|---|---|---|

Wakefern
5000 Riverside Drive
Keasbey NJ 08832

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:**<u>Customer Claim</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **Undetermined** |
|---|---|---|---|

Woolworths
1 Woolworths Way
Bella Vista  NSW 2153
Australia

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:**<u>Customer Claim</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$323.99** |
|---|---|---|---|

Wrike
70 N. 2nd Street
San Jose CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:**<u>Trade Claim</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$114.29** |
|---|---|---|---|

Zendesk
1019 Market Street
San Franscico CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>Various</u>

**Basis for the claim:**<u>Trade Claim</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor  **Takeoff Technologies, Inc.**
_____    Case number (if known)  **24-11106**
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | 24-11106 |
|---|---|---|---|---|
| | Name | | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **690,095.15** |
| **5b. Total claims from Part 2** | 5b. + | $ | **27,082,397.29**<br>**plus undetermined amounts** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **27,772,492.44**<br>**plus undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name    **Takeoff Technologies, Inc.**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **24-11106**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 193 days | |
| | **List the contract number of any government contract** | | 1Password<br>Attn: General Counsel<br>4711 Yonge St, 10th Floor<br>Toronto ON M2N 6K8<br>Canada |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | 829 Studios<br>Attn: General Counsel<br>300 Massachusetts Ave<br>Floor 3<br>Boston MA 02115 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Adele Housley<br>Cromar<br>Vicarage Close<br>Pontefract West<br>Yorkshire  WF9 3BP<br>United Kingdom |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ADP Inc<br>Attn: General Counsel<br>PO Box 842875<br>Boston MA 02284 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | 737 days | |
| | List the contract number of any government contract | | ADP Inc<br>Attn: General Counsel<br>PO Box 842875<br>Boston MA 02284 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | 737 days | |
| | List the contract number of any government contract | | ADP Inc<br>Attn: General Counsel<br>PO Box 842875<br>Boston MA 02284 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ADP International Services BV<br>Attn: Legal Department<br>Lylantse Baan 1<br>Capelle aan den Ijssel  2908 LG<br>The Netherlands |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |

Debtor    **Takeoff Technologies, Inc.**                                         Case number (if known)    **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |

Debtor    **Takeoff Technologies, Inc.**                                    Case number (if known)    **24-11106**

Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ALBERTSONS COMPANIES INC<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Albertsons Companies Inc<br>Attn: General Counsel<br>250 E Parkcenter Blvd<br>Boise ID 83706 |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Equity Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Alejandro Chu<br>Address on file |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Alexander Becker<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Alexander Becker<br>Address on file |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Alexander Dale<br>Address on file |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Amir Amiri<br>Address on file |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Amir Amiri<br>Address on file |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Andrew Copeland<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Andrew Klein<br>Address on file |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Andrew Klein<br>Address on file |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Angela Wu<br>Address on file |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Angela Wu<br>Address on file |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Anibal Gattas<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Anser Investments LLC<br>Attn: General Counsel<br>8 The Green<br>Ste 10450<br>Dover DE 19901 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Anthony Maniaci<br>Address on file |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Anthony Maniaci<br>Address on file |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Anton Vovchenko<br>Address on file |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Anton Vovchenko<br>Address on file |

Debtor    **Takeoff Technologies, Inc.**                                          Case number (if known)    **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Antonia Cowan |
| | **List the contract number of any government contract** | | Address on file |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Antonia Cowen |
| | **List the contract number of any government contract** | | Address on file |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | Antonio Annese |
| | **List the contract number of any government contract** | | Address on file |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Arthur Protsenko |
| | **List the contract number of any government contract** | | Address on file |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Arthur Protsenko |
| | **List the contract number of any government contract** | | Address on file |

Debtor   **Takeoff Technologies, Inc.**                                                   Case number (if known)   24-11106

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Asaf Gaon<br>Address on file |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Asaf Gaon<br>Address on file |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Equity Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Assinatura Ltd<br>Attn: General Counsel<br>1150 Lee Wagener Blvd<br>Fort Lauderdale FL 33315 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Joint Venture Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Assinatura Ltd<br>Attn: General Counsel<br>1150 Lee Wagener Blvd<br>Fort Lauderdale FL 33315 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | AuditBoard Inc<br>Attn: General Counsel<br>12900 Park Plaza Dr<br>Ste 200<br>Cerritos CA 90703 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Autumn Andres<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Autumn Andres<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Venture Agreement | |
| | **State the term remaining** | Undetermined | AVF LLC<br>c/o Forrestal Capital<br>1450 Brickell Ave #2530<br>Miami FL 33131 |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Venture Agreement | |
| | **State the term remaining** | Undetermined | AVF LLC Retirement Plan<br>c/o Forrestal Capital<br>1450 Brickell Ave #2530<br>Miami FL 33131 |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 224 days | AXIS Insurance Company<br>Attn: General Counsel<br>233 South Wacker Dr, Ste 4930<br>Chicago IL 94111 |
| | **List the contract number of any government contract** | | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
| | State the term remaining | 224 days | |
| | List the contract number of any government contract | | AXIS Insurance Company<br>Attn: General Counsel<br>233 South Wacker Dr, Ste 4930<br>Chicago IL 60606 |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Baker Tilly US LLP<br>Attn: General Counsel<br>1 Highwood Dr<br>Tewksbury MA 01876 |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Bar Code Direct Inc<br>Attn: General Counsel<br>41 North Main St<br>North Grafton MA 01536 |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | BDO USA LLP<br>Attn: General Counsel<br>1 International Place<br>4th Floor<br>Boston MA 02110 |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Benjamin Marinoff<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Benjamin Marinoff |
| | **List the contract number of any government contract** | | Address on file |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Big Y Foods Inc |
| | | | Attn: General Counsel |
| | **List the contract number of any government contract** | | 2154 Roosevelt Ave |
| | | | Springfield MA 01104 |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | | | Blue Cross and Blue Shield of Massachusetts HMO Blue Inc |
| | | | Attn: General Counsel |
| | **List the contract number of any government contract** | | 200 E Randolph |
| | | | Chicago IL 60601 |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | | | Blue Cross and Blue Shield of Massachusetts HMO Blue Inc |
| | | | Attn: General Counsel |
| | **List the contract number of any government contract** | | 200 E Randolph |
| | | | Chicago IL 60601 |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | | | Blue Cross and Blue Shield of Massachusetts HMO Blue Inc |
| | | | Attn: General Counsel |
| | **List the contract number of any government contract** | | 200 E Randolph |
| | | | Chicago IL 60601 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Blue Cross and Blue Shield of Massachusetts HMO Blue Inc<br>Attn: General Counsel<br>200 E Randolph<br>Chicago IL 60601 |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Blue Cross and Blue Shield of Massachusetts Inc<br>Attn: General Counsel<br>200 E Randolph<br>Chicago IL 60601 |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Blue Cross and Blue Shield of Massachusetts Inc<br>Attn: General Counsel<br>200 E Randolph<br>Chicago IL 60601 |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Blue Cross and Blue Shield of Massachusetts, Inc.<br>Attn: General Counsel<br>200 E Randolph<br>Chicago IL 60601 |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Equity Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Blue Lotus Holdings LLC<br>Attn: General Counsel<br>33 Colbert Rd East<br>West Newton MA 02465 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Venture Agreement | |
| | **State the term remaining** | Undetermined | Blue Lotus Holdings LLC |
| | **List the contract number of any government contract** | | Attn: General Counsel<br>33 Colbert Rd East<br>West Newton MA 02465 |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Brendan Kelly |
| | **List the contract number of any government contract** | | Address on file |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Brendan Kelly |
| | **List the contract number of any government contract** | | Address on file |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Bruno Lin |
| | **List the contract number of any government contract** | | Address on file |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Bruno Lin |
| | **List the contract number of any government contract** | | Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Bryan Weber<br>Address on file |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Bryan Weber<br>Address on file |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | C Street Advisory Group LLC<br>Attn: General Counsel<br>641 Lexington Avenue, 14th Floor<br>New York NY 10022 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Carlos Lopez<br>Address on file |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Carlos Lopez<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Cassels Brock & Blackwell LLP<br>Attn: General Counsel<br>Bay Adelaide Centre - North Tower<br>40 Temperance St<br>Ste  3200<br>Toronto ON M5H 0B4<br>Canada |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | CFO Strategic<br>Attn: General Counsel<br>GPO Box 4902<br>Sydney  2001<br>Australia |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | CFO Strategic<br>Attn: General Counsel<br>GPO Box 4902<br>Sydney  2001<br>Australia |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ChartHop Inc<br>Attn: General Counsel<br>130 Shore Road 350<br>Port Washington NY 11050 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Chi Wai Wong<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Chris Carey |
| | **List the contract number of any government contract** | | Address on file |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Chris Carey |
| | **List the contract number of any government contract** | | Address on file |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Chris Masi |
| | **List the contract number of any government contract** | | Address on file |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | Chris Masi |
| | **List the contract number of any government contract** | | Address on file |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | Chris Nowicki |
| | **List the contract number of any government contract** | | Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Chris Nowicki<br>Address on file |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Cityscapes Plant Care Inc<br>Attn: General Counsel<br>PO Box 170720<br>Boston MA 02117 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 311 days | |
| | **List the contract number of any government contract** | | Clear Company<br>Attn: General Counsel<br>200 Clarendon St, Floor 49<br>Boston MA 02116 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Coalition Insurance Solutions Inc<br>Attn: General Counsel<br>55 2nd St, Ste 2500<br>San Francisco CA 94105 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Coursera Inc<br>Attn: General Counsel<br>381 E Evelyn Ave<br>Mountain View CA 94041 |

Debtor **Takeoff Technologies, Inc.**

Name

Case number (if known) **24-11106**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.89** **State what the contract or lease is for and the nature of the debtor's interest** Equity Agreement | |
| **State the term remaining** Undetermined | Cristobal Botanch Address on file |
| **List the contract number of any government contract** | |
| **2.90** **State what the contract or lease is for and the nature of the debtor's interest** Employment Agreement | |
| **State the term remaining** Undetermined | Daniel Finn Address on file |
| **List the contract number of any government contract** | |
| **2.91** **State what the contract or lease is for and the nature of the debtor's interest** Proprietary Information and Inventions Agreement | |
| **State the term remaining** Undetermined | Daniel Finn Address on file |
| **List the contract number of any government contract** | |
| **2.92** **State what the contract or lease is for and the nature of the debtor's interest** Employment Agreement | |
| **State the term remaining** Undetermined | Daniel Kirsch Address on file |
| **List the contract number of any government contract** | |
| **2.93** **State what the contract or lease is for and the nature of the debtor's interest** Employment Agreement | |
| **State the term remaining** Undetermined | David Chang Address on file |
| **List the contract number of any government contract** | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | David Chang<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | David Hawkesworth<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | David Hawkesworth<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | David Mancinelli<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | David Mancinelli<br>Address on file |
| | **List the contract number of any government contract** | | |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | David Squires<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | David Squires<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Deloitte & Touche LLP<br>Attn: General Counsel<br>200 Berkeley St<br>Boston MA 02116 |
| | **List the contract number of any government contract** | | |

| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Denise Gallagher<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Deturo Investments LLC<br>Attn: General Counsel<br>1150 Lee Wagener Blvd<br>Fort Lauderdale FL 33315 |
| | **List the contract number of any government contract** | | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Dia Dia Practimercados Ltd<br>c/o Dia Group<br>Attn: General Counsel<br>Parque Empresarial de las Rozas<br>Edif. Tripark C/ Jacinto Benavente 2 A<br>Las Rozas. Madrid  28232<br>Spain |

| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Discret LP<br>Attn: General Counsel<br>Seefeld Star 279a<br>Zurich  8008<br>Switzerland |

| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | DoiT International USA Inc<br>Attn: General Counsel<br>30 Wellington Park Dr<br>Warranwood, VIC  3134<br>Australia |

| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | DoiT International USA Inc<br>Attn: General Counsel<br>2445 Augustine Dr<br>Suite 150<br>Santa Clara CA 95054 |

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | DoiT International USA Inc<br>Attn: General Counsel<br>5201 Great America Pkwy<br>Ste 320<br>Santa Clara CA 95054 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | DoiT International USA Inc<br>Attn: General Counsel<br>5201 Great America Pkwy<br>Ste 320<br>Santa Clara CA 95054 |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement and Subordination, Non-Disturbance and Attornment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | East Boston Savings Bank<br>Attn: Brian Haney<br>Ten Meridian Street<br>East Boston MA 02128 |

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Edgar Arciniegas<br>Address on file |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Edgar Arciniegas<br>Address on file |

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | El Panot Solutions<br>Carrer de Sicilia 272. 3-1<br>Barcelona<br>Barcelona  8013<br>Spain |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Elasticsearch B.V.<br>Attn: General Counsel<br>88 Kearny St, 19th Floor<br>San Francisco CA 94108 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Emily Dean<br>Address on file |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Emily Dean<br>Address on file |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Episerver Inc<br>Attn: General Counsel<br>542A Amherst St<br>Nashua NH 03063 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Erevena Inc<br>Attn: General Counsel<br>166 Geary St, 8th Floor<br>San Francisco CA 94108 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Erik Schweller<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Erik Schweller<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Eugene Marcotte<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Eugene Marcotte<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Fastfield<br>Attn: General Counsel<br>311 Calle Batido<br>Ste 240<br>San Clemente CA 92673 |
| | **List the contract number of any government contract** | | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Fastfield<br>Attn: General Counsel<br>311 Calle Batido<br>Ste 240<br>San Clemente CA 92673 |
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Fidelity Security Life Insurance Company<br>Attn: General Counsel<br>3130 Broadway<br>Kansas City MO 64111 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Fidelity Security Life Insurance Company<br>Attn: General Counsel<br>3130 Broadway<br>Kansas City MO 64111 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Figma Inc<br>Attn: General Counsel<br>760 Market St, Floor 10<br>San Francisco CA 94102 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Figma Inc<br>Attn: General Counsel<br>760 Market St, Floor 10<br>San Francisco CA 94102 |

Debtor   **Takeoff Technologies, Inc.**                                          Case number (if known)   **24-11106**
_____
Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Figma Inc<br>Attn: General Counsel<br>760 Market St, Floor 10<br>San Francisco CA 94102 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Fiix Inc<br>Attn: General Counsel<br>40 Hanna Ave, Ste 500<br>Toronto ON M6K 3N7<br>Canada |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | FireHydrant Inc<br>Attn: General Counsel<br>215 Park Ave S, Floor 11<br>New York NY 10010 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Food Retail Ventures LLC<br>Attn: General Counsel<br>63B Anchor Dr<br>Key Largo FL 33037 |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 224 days | |
| | **List the contract number of any government contract** | | Founder Shield<br>Attn: General Counsel<br>114 E 25th St<br>New York NY 10010 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Four B Corp<br>Attn: General Counsel<br>5300 Speaker Rd<br>Kansas City KS 66106 |

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Frangipani Holdings Investments Ltd<br>Attn: General Counsel<br>Mantua 6575<br>Montevideo<br>Uruguay |

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Frangipani Holdings Investments Ltd<br>Attn: General Counsel<br>Mantua 6575<br>Montevideo<br>Uruguay |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Frangipani Holdings Investments Ltd<br>Attn: General Counsel<br>Mantua 6575<br>Montevideo<br>Uruguay |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Frangipani Holdings Investments Ltd<br>Attn: General Counsel<br>Mantua 6575<br>Montevideo<br>Uruguay |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Venture Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Frangipani Holdings Investments Ltd<br>Attn: General Counsel<br>Mantua 6575<br>Montevideo<br>Uruguay |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|--------|-------------------------------|------------------------|--------------|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>265 Franklin St<br>Ste 502<br>Boston MA 02110 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Globalization Partners Inc<br>Attn: General Counsel<br>256 Franklin St, Ste 502<br>Boston MA 02110 |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Potentially Expired | |
| | **List the contract number of any government contract** | | Globalization Partners LLC<br>Attn: General Counsel<br>175 Federal St<br>17th Floor<br>Boston MA 02110 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Grant Schaller<br>Address on file |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Guideline Inc<br>Attn: General Counsel<br>330 S Cedros Ave<br>Solana Beach CA 92075 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Gunderson Dettmer Stough Villeneuve Franklin & Hachigian LLP<br>Attn: General Counsel<br>One Marina Park Dr<br>Ste 900<br>Boston MA 02210 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Hanna Tereshchuk<br>297 Glenforest Rd<br>Toronto ON M4N 2A5<br>Canada |

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 512 days | |
| | **List the contract number of any government contract** | | Hartford Fire Insurance Company<br>Attn: General Counsel<br>One Hartford Plaza<br>Hartford CT 06155 |

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Heather Carroll<br>Address on file |

| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Heather Carroll<br>Address on file |

| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Henderson & Cia SA<br>Attn: General Counsel<br>Carlos Travieso 5958<br>Montevideo  11500<br>Uruguay |

Debtor  **Takeoff Technologies, Inc.**

Name

Case number (if known)  24-11106

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Hirsch Roberts Weinstein LLP<br>Attn: General Counsel<br>24 Federal St, 12th Floor<br>Boston MA 02110 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Hirschfeld Kraemer LLP<br>Attn: General Counsel<br>456 Montgomery St<br>Ste 2200<br>San Francisco CA 94101 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | HubSpot<br>Attn: General Counsel<br>2 Canal Park<br>Cambridge MA 02141 |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 61 days | |
| | **List the contract number of any government contract** | | HubSpot Inc<br>Attn: General Counsel<br>2 Canal Park<br>Cambridge MA 02141 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | 1,688 days | |
| | **List the contract number of any government contract** | | Hy-Vee Inc<br>Attn: General Counsel<br>5820 Westown Pkwy<br>West Des Moines IA 50266 |

Debtor **Takeoff Technologies, Inc.**                                    Case number (if known) **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | 92 days | |
| | List the contract number of any government contract | | Interviewstreet Inc d/b/a Hackerrank<br>Attn: General Counsel<br>PO Box 1660<br>211 Hope St<br>Mountain View CA 94041 |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Iryna Liapunova<br>Address on file |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | James Wang<br>Address on file |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | James Wang<br>Address on file |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | 273 days | |
| | List the contract number of any government contract | | Jamf<br>Attn: General Counsel<br>100 S Washington Ave<br>Ste 1100<br>Minneapolis MN 55401 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | | | Jaun Carlos Vivas<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | | | Jennifer Zelinskie<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | | | Jennifer Zelinskie<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | | | JetBrains<br>Attn: General Counsel<br>Kavcí Hory Office Park<br>Na Hrebenech II 1718/8<br>Praha 4 - Nusle  140 00<br>Czech Republic |
| | **List the contract number of any government contract** | | |

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | | | Jim Collins<br>Address on file |
| | **List the contract number of any government contract** | | |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | | | |
| | **State the term remaining** | Undetermined | Jim Collins |
| | **List the contract number of any government contract** | | Address on file |

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | | | |
| | **State the term remaining** | Undetermined | Jimmy Bujold |
| | **List the contract number of any government contract** | | Address on file |

| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | | | |
| | **State the term remaining** | Undetermined | John McGovern |
| | **List the contract number of any government contract** | | Address on file |

| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | | | |
| | **State the term remaining** | Undetermined | Jonathan Chivilo |
| | **List the contract number of any government contract** | | Address on file |

| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | | | |
| | **State the term remaining** | Undetermined | Jonathan Chivilo |
| | **List the contract number of any government contract** | | Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Jonathan Choate<br>Address on file |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Jonathan Choate<br>Address on file |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Venture Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | José Vicente Aguerrevere<br>Address on file |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Joshua Cannon<br>Address on file |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Joy Harju<br>Address on file |

Debtor   **Takeoff Technologies, Inc.** _____   Case number (if known) **24-11106**
         Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Joy Harju<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Juan Carlos Freile Franco<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Juan Carlos Matos<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Juan Carlos Matos<br>Address on file |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Juan Carlos Vivas<br>Address on file |
| | **List the contract number of any government contract** | | |

Debtor   **Takeoff Technologies, Inc.**                                    Case number (if known)   **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Kelsey Farrell<br>Address on file |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Kelsey Farrell<br>Address on file |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Estate Lease | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Keren Realty LLC<br>Attn: General Counsel<br>1101 Sanderson Ave<br>Scranton PA 18509 |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Estate Lease | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Keren Realty LLC<br>Attn: General Counsel<br>1101 Sanderson Ave<br>Scranton PA 18509 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Kevin Scheunemann<br>Address on file |

Debtor    **Takeoff Technologies, Inc.**                                    Case number (if known)  **24-11106**
                Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Kevin Scheunemann<br>Address on file |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Venture Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | KNAPP AG<br>2124 Barrett Park Drive NW<br>Kennesaw GA 30144 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Storage Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Facility Assignment | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Order Fulfilment System Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | Master System Purchase Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | Storage Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | System Support Contract | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Master System Purchase Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Master Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Appendix for Amended and Restated Master Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Fulfillment System Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Knapp Logistics Automation Inc<br>Attn: General Counsel<br>2124 Barrett Park Dr<br>Suite 100<br>Kennesaw GA 30144 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Master Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | KNAPP Systemintegration GmbH<br>Attn: General Counsel<br>Waltenbachstrasse 9<br>Leoben  8700<br>Austria |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Appendix for Amended and Restated Master Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | KNAPP Systemintegration GmbH<br>Waltenbachstrasse 9<br>Leoben  8700<br>Austria |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Krista Buckland Reisner<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Krista Buckland Reisner<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Kyle Dalton<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Lam Nguyen<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Lam Nguyen<br>Address on file |
| | **List the contract number of any government contract** | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Lando & Anastasi LLP<br>Attn: General Counsel<br>60 State St, 23rd Floor<br>Boston MA 02109 |
| | **List the contract number of any government contract** | | |

Debtor    **Takeoff Technologies, Inc.**                                    Case number (if known)    **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Laszlo Rencsar |
| | **List the contract number of any government contract** | | Address on file |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Layne Tcheng |
| | **List the contract number of any government contract** | | Address on file |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Layne Tcheng |
| | **List the contract number of any government contract** | | Address on file |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | LEK Consulting LLC |
| | **List the contract number of any government contract** | | Attn: General Counsel 75 State St, 19th Floor Boston MA 02109 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Lia DiMuzio |
| | **List the contract number of any government contract** | | Address on file |

Debtor   **Takeoff Technologies, Inc.**                                    Case number (if known)   **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Lia Dimuzio<br>Address on file |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 946 days | |
| | **List the contract number of any government contract** | | LinkedIn Corporation<br>Attn: General Counsel<br>1000 W Maude Ave<br>Sunnyvale CA 94085 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | LinkedIn Corporation<br>Attn: General Counsel<br>1000 W Maude Ave<br>Sunnyvale CA 94085 |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | LinkEx Inc<br>Attn: General Counsel<br>3535 N Houston School Rd<br>Ste 200<br>Lancaster TX 75134 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | 716 days | |
| | **List the contract number of any government contract** | | Loblaws Inc<br>Attn: General Counsel<br>1 President's Chocie Cir<br>Brampton ON L6Y 5S5<br>Canada |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Lynne Ratcliffe<br>Address on file |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Majid Al Futtaim Hypermarkets LLC<br>Attn: General Counsel<br>PO Box 22797<br>Dubai<br>United Arab Emirates |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Majid Al Futtaim Hypermarkets LLC<br>Attn: General Counsel<br>PO Box 22797<br>Dubai<br>United Arab Emirates |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | MAJID AL FUTTAIM HYPERMARKETS LLC<br>Attn: General Counsel<br>PO Box 22797<br>Dubai<br>United Arab Emirates |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Marie Strong<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Marie Strong<br>Address on file |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Mary Kaufman<br>Address on file |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Mary Kaufman<br>Address on file |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Matthew Barnes<br>Address on file |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Matthew Barnes<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | Matthew Walker<br>Address on file |
| | List the contract number of any government contract | | |

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | Matthew Walker<br>Address on file |
| | List the contract number of any government contract | | |

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Joint Venture Agreement | |
| | State the term remaining | Undetermined | Medical Investment Group Ltd<br>C/O Ocra (Mauritius) Limited<br>Attn: General Counsel<br>Level 2 Maxcity Building<br>Remy Ollier Street<br>Port Louis<br>Mauritius |
| | List the contract number of any government contract | | |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | Michael Housley<br>Address on file |
| | List the contract number of any government contract | | |

| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | Michael Park<br>Address on file |
| | List the contract number of any government contract | | |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Miguel Lua<br>Address on file |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Miguel Lua<br>Address on file |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | Millennial Spec Ins<br>Attn: General Counsel<br>4211 W Boy Scout Blvd<br>Ste 800<br>Tampa FL 33607 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | Millennial Spec Ins<br>Attn: General Counsel<br>4211 W Boy Scout Blvd<br>Ste 800<br>Tampa FL 33607 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Estate Lease | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Miller Food Store Inc<br>Attn: General Counsel<br>18610 NW 87th Ave<br>Ste 204<br>Hialeah FL 33015 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Mitch Allen<br>Address on file |

| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Mitch Allen<br>Address on file |

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Morgan, Brown & Joy LLP<br>Attn: General Counsel<br>200 State St<br>Boston MA 02109 |

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Nathan Butterfield<br>Address on file |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 137 days | |
| | **List the contract number of any government contract** | | Navan Inc<br>Attn: General Counsel<br>3045 Park Blvd<br>Palo Alto CA 94306 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Neil Dowgun<br>Address on file |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Neil Dowgun<br>Address on file |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Nicholas Lappa<br>Address on file |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Nicholas Oliviero<br>Address on file |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Nicolas Chu and Charlotte Lord<br>908 W California Ave<br>Mill Valley CA 94941 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Noah Flores<br>Address on file |

| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Noah Flores<br>Address on file |

| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Oksana Lugova<br>Address on file |

| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Okta<br>Attn: General Counsel<br>100 1st St<br>San Francisco CA 94105 |

| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Okta<br>Attn: General Counsel<br>100 1st St<br>San Francisco CA 94105 |

Debtor **Takeoff Technologies, Inc.**

Name

Case number (if known) **24-11106**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | Oleh Mertviachenko |
| | List the contract number of any government contract | | Address on file |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | Oleksandr Liapunova |
| | List the contract number of any government contract | | Address on file |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | Olga Zakharenko |
| | List the contract number of any government contract | | Address on file |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Proprietary Information and Inventions Agreement | |
| | State the term remaining | Undetermined | Olga Zakharenko |
| | List the contract number of any government contract | | Address on file |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | Omer Khan |
| | List the contract number of any government contract | | Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Omer Khan<br>Address on file |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | OpsGenie,Inc.<br>Attn: General Counsel<br>50 W Broad St Ste 420<br>Falls Church VA 22046 |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 103 days | |
| | **List the contract number of any government contract** | | Oracle America, Inc.<br>Attn: General Counsel<br>500 Oracle Pkwy<br>Redwood Shores CA 94065 |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Paulina De Lima Dominguez<br>399 Congress St<br>Boston MA 02210 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Paulina De Lima Dominguez<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Peach Labs Inc<br>Attn: General Counsel<br>108 S Jackson St<br>Ste 300<br>Seattle WA 98104 |

| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Peak Technologies LLC<br>Attn: General Counsel<br>9 Beaver Brook Rd<br>Littleton MA 01460 |

| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Peak Technologies LLC<br>Attn: General Counsel<br>9 Beaver Brook Rd<br>Littleton MA 01460 |

| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Pine Hill (Delaware) LLC<br>Attn: General Counsel<br>Calle Hermanos Pinzon 4<br>Apt 7<br>Madrid  28036<br>Spain |

| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Pinemelon.com<br>5915 Broadway<br>Denver CO 80216 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | PYS & CO LLP<br>Attn: General Counsel<br>No 777/D, New Bridge Corporate Centre<br>Opp New Horizon School<br>100 Feet Rd, Indira Nagar<br>Bengaluru  560038<br>India |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 355 days | |
| | **List the contract number of any government contract** | | QBE Specialty Insurance Company<br>Attn: General Counsel<br>55 Water Street<br>New York NY 10041 |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rachel Vezina<br>Address on file |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rachel Vezina<br>Address on file |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rafael Ramirez<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rafael Ramirez<br>Address on file |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rasaq Sule-Odu<br>Address on file |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rasaq Sule-Odu<br>Address on file |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rawlins Business Corp<br>c/o Sequent (Schweiz) AG<br>Attn: General Counsel<br>Seefeldstrasse 279a<br>Zurich  8008<br>Switzerland |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | RealtimeBoard Inc d/b/a Miro<br>Attn: General Counsel<br>201 Spear St<br>Suite 1100<br>San Francisco CA 94105 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | RealtimeBoard Inc d/b/a Miro<br>Attn: General Counsel<br>201 Spear St<br>Ste 1100<br>San Francisco CA |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rebecca Hammer<br>Address on file |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Reciprocity Inc<br>Attn: General Counsel<br>548 Market St #73905<br>San Francisco CA 94104 |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Reggie Radcliffe<br>Address on file |
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Reggie Radcliffe<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Richard Cole<br>Address on file |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Richard Cole<br>Address on file |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Ricoh USA Inc<br>Attn: General Counsel<br>70 Valley Stream Pkwy<br>Malvern PA 19355-1453 |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Rigoberto Velarde<br>Address on file |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Ronetco Supermarkets Inc<br>Attn: General Counsel<br>1070 US Hwy 46<br>Ste 17<br>Ledgewood NJ 07852 |

Debtor    **Takeoff Technologies, Inc.**                              Case number (if known)    **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | RSM US LLP<br>Attn: General Counsel<br>80 City Square<br>Boston MA 02129 |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Russell James<br>Address on file |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Ryan Johnston<br>Address on file |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Ryan Johnston<br>Address on file |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | SADA Systems Inc<br>Attn: General Counsel<br>5250 Lankershim Blvd. Suite 720<br>Los Angeles CA 91601 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Schellman & Company LLC<br>Attn: President<br>4010 West Boy Scout Blvd<br>Ste 600<br>Tampa FL 33607 |

| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 224 days | |
| | **List the contract number of any government contract** | | Scottsdale Insurance Company<br>Attn: General Counsel<br>One Nationwide Plaza<br>Columbus OH 43215 |

| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sedanos<br>Attn: General Counsel<br>14655 SW 56 St<br>Miami FL 33175 |

| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sedanos<br>Attn: General Counsel<br>3140 West 76th St<br>Hialeah FL 33018 |

| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sedanos<br>Attn: General Counsel<br>14655 SW 56 St<br>Miami FL 33175 |

Debtor **Takeoff Technologies, Inc.**

Name

Case number (if known) **24-11106**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | Sentinel Benefits Group Inc<br>Attn: General Counsel<br>100 Quannapowitt Pkwy<br>Ste 300<br>Wakefield MA 01880 |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | Sentinel Benefits Group, LLC<br>Attn: General Counsel<br>100 Quannapowitt Pkwy<br>Ste 300<br>Wakefield MA 01880 |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement |
| | **State the term remaining** | 13 days |
| | **List the contract number of any government contract** | ShopRite of Hunterdon County Inc<br>Attn: General Counsel<br>272 Route 202<br>Flemington NJ 08822 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | Slack Technologies LLC<br>Attn: General Counsel<br>500 Howard St<br>San Francisco CA 94105 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | Slack Technologies, LLC<br>Attn: General Counsel<br>500 Howard St<br>San Francisco CA 94105 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | SMU SA<br>Attn: General Counsel<br>Cerro El Plomo 5680<br>Piso 11<br>Las Condes<br>Chile |

| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | SMU SA<br>Attn: General Counsel<br>Cerro El Plomo 5680<br>Piso 11<br>Las Condes<br>Chile |

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | SoftServe Inc<br>Attn: General Counsel<br>201 W 5th Street, Suite 1550<br>Austin TX 78701 |

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
| | State the term remaining | 224 days | |
| | List the contract number of any government contract | | Sompo International Insurance<br>Attn: General Counsel<br>455 Market St<br>Ste 900<br>San Francisco CA 94105 |

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement | |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Soumya Gadamsetty<br>Address on file |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Soumya Gadamsetty |
| | **List the contract number of any government contract** | | Address on file |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Stacey Calladene |
| | **List the contract number of any government contract** | | Address on file |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | | | Store Management System LLC |
| | **List the contract number of any government contract** | | Attn: General Counsel<br>47 Calle Georgetti<br>Comerio PR 00782 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | | | Sun Life Assurance Company of Canada |
| | **List the contract number of any government contract** | | Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | | | Sun Life Assurance Company of Canada |
| | **List the contract number of any government contract** | | Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
| --- | --- | --- | --- |
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sun Life Assurance Company of Canada<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sun Life Assurance Company of Canada<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |

| Debtor | Takeoff Technologies, Inc. | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Agreements | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Sun Life Financial<br>Attn: General Counsel<br>One Sun Life Executive Park<br>Wellesley Hills MA 02481 |

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | SymphonyEYC Solution US LLC<br>Attn: General Counsel<br>1040 Crown Pointe<br>Ste 905<br>Atlanta GA 30338 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | SymphonyEYC Solution US LLC<br>Attn: General Counsel<br>1040 Crown Pointe<br>Ste 905<br>Atlanta GA 30338 |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Synopsys Inc<br>Attn: General Counsel<br>675 Almanor Ave<br>Sunnyvale CA 94085 |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Taeho Choi<br>Address on file |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Intercompany Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Takeoff International Subco India Pvt Ltd.<br>Attn: General Counsel<br>2501, Lightbridge, Hiranandani Meadows, Gladys<br>Maharashtra  400610<br>India |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Intercompany Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | TakeOff International SubCo, LLC<br>Attn: General Counsel<br>203 Crescent Street<br>Waltham MA 02453 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | **24-11106** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Takeoff Technologies Australia Pty Ltd.<br>Attn: General Counsel<br>203 Crescent Street<br>Waltham MA 02453 |

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Takeoff Technologies Canada, Inc.<br>Attn: General Counsel<br>203 Crescent Street<br>Waltham MA 02453 |

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | Takeoff Technologies FZE<br>Attn: General Counsel<br>203 Crescent Street<br>Waltham MA 02453 |

| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Equity Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | The Ivan Gallegos Rivas LLC<br>Attn: General Counsel<br>1158 Fifth Ave<br>Apt 5B<br>New York NY 10029 |

| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement | |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | The Kroger Co<br>Attn: General Counsel<br>1014 Vine St<br>Cincinnati OH 45202 |

| Debtor | **Takeoff Technologies, Inc.** | Case number (if known) | 24-11106 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | The Mathworks Inc<br>Attn: General Counsel<br>3 Apple Hill Dr<br>Natick MA 01760-2098 |

| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | The Montufar Family Revocable Trust<br>Los Arupos E8-337<br>Pillagua, Cumbaya<br>Quito<br>Ecuador |

| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | The Stop & Shop Supermarket Company LLC<br>Attn: General Counsel<br>1385 Hancock Street<br>Quincy MA 02169 |

| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
|---|---|---|---|
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | The Travelers Indemnity Company<br>Attn: General Counsel<br>One Tower Square<br>Hartford CT 06183 |

| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
|---|---|---|---|
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | The Travelers Insurance Companies<br>Attn: General Counsel<br>PO Box 4614<br>Buffalo NY 14240-4614 |

Debtor    **Takeoff Technologies, Inc.**                                    Case number (if known)    **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Todd Rosenberg<br>Address on file |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Todd Rosenberg<br>Address on file |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | TPC<br>Attn: General Counsel<br>255 E Robinson Street<br>Ste 570<br>Orlando FL 32801 |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | Travelers Corp<br>Attn: General Counsel<br>One Tower Square<br>Hartford CT 06183 |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Agreements | |
| | **State the term remaining** | 216 days | |
| | **List the contract number of any government contract** | | Travelers Property Casualty Company of America<br>Attn: General Counsel<br>One Tower Square<br>Hartford CT 06183 |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Vadym Liubko<br>Address on file |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Equity Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Valor Real Corporation<br>Attn: General Counsel<br>Centro Banaven Ave la Estancia Chuao<br>PHD Chacao<br>Caracas<br>Venezuela |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | N/A | |
| | **List the contract number of any government contract** | | Verizon Business<br>Attn: General Counsel<br>PO Box 489<br>Newark NJ 07101-0489 |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Village Super Market Inc<br>Attn: General Counsel<br>733 Mountain Ave<br>Springfield NJ 07081 |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Wakefern Food Corp<br>Attn: General Counsel<br>500 Riverside Dr<br>Keasbey NJ 08832 |

Debtor    **Takeoff Technologies, Inc.**
_____    Case number (if known)    **24-11106**
Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Wakefern Food Corp<br>Attn: General Counsel<br>5000 Riverside Dr<br>Keasbey NJ 08832 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement and Subordination, Non-Disturbance and Attornment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Watch City Ventures MT LLC<br>Attn: General Counsel<br>c/o Berkeley Investments Inc<br>280 Congress St<br>Ste 1350<br>Boston MS 02210 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to Lease | |
| | **State the term remaining** | 1,126 days | |
| | **List the contract number of any government contract** | | Watch City Ventures MT LLC<br>Attn: General Counsel<br>c/o Berkeley Investments Inc<br>121 High St<br>Ste 531<br>Boston MA 02110 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Watch City Ventures MT LLC<br>Attn: General Counsel<br>c/o Berkeley Investments Inc<br>280 Congress St<br>Boston MA 02210 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement and Subordination, Non-Disturbance and Attornment Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Watch City Ventures Ph1 LLC<br>Attn: General Counsel<br>280 Congress Street<br>Suite 1350<br>Boston MA 02110 |

| Debtor | **Takeoff Technologies, Inc.** | | Case number (if known) | **24-11106** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | William Schroeder Rigdon<br>4018 Maple Valley Hwy<br>Renton WA 98058 |

| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | William Schroeder Rigdon<br>Address on file |

| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Woolworths Group Limited<br>Attn: General Counsel<br>1 Woolworths Way<br>Bella Vista, NSW  2153<br>Australia |

| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Yaksa<br>Attn: General Counsel<br>1117 St-Catherine W. Suite 110<br>Montreal QC H3B 1H9<br>Canada |

| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Zachariah Bremer<br>Address on file |

Debtor   **Takeoff Technologies, Inc.**                                      Case number (if known)   **24-11106**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Proprietary Information and Inventions Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Zachariah Bremer<br>Address on file |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | Zendesk<br>Attn: Legal Department<br>1019 Market St<br>San Francisco CA 94103 |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | |
| | **State the term remaining** | 302 days | |
| | **List the contract number of any government contract** | | ZoomInfo Technologies<br>Attn: General Counsel<br>805 Broadway<br>Suite 900<br>Vancouver WA 98660 |

**Fill in this information to identify the case:**

Debtor name    **Takeoff Technologies, Inc.**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **24-11106**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Takeoff Technologies, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **24-11106** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 22, 2024**     χ **/s/ Brett M. Anderson**
                                        Signature of individual signing on behalf of the debtor

                                        **Brett M. Anderson**
                                        Printed name

                                        **Deputy Chief Restructuring Officer**
                                        Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**