**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TAKEOFF TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 24-11106 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 416, 473 & 479** |

**NOTICE OF FILING OF (I) *FURTHER REVISED* COMBINED DISCLOSURE
STATEMENT AND JOINT CHAPTER 11 PLAN OF TAKEOFF
TECHNOLOGIES, INC. AND ITS DEBTOR AFFILIATES;
AND (II) BLACKLINE THEREOF**

PLEASE TAKE NOTICE that, on September 27, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Combined Disclosure Statement and Joint Chapter 11 Plan of Takeoff Technologies, Inc. and Its Debtor Affiliates* [Docket No. 416] (as amended, modified, or supplemented from time to time, the "Disclosure Statement and Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court"), which was subsequently amended on November 5, 2024 (the "Revised Disclosure Statement and Plan"). On November 6, 2024, the Debtors filed the solicitation version of the Revised Disclosure Statement and Plan [Docket No. 479].

PLEASE TAKE FURTHER NOTICE that the Debtors have made certain modifications to the Revised Disclosure Statement and Plan, a copy of which is attached hereto as **Exhibit 1** (the "Further Revised Disclosure Statement and Plan").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline reflecting the changes made to the Further Revised Disclosure Statement and Plan marked against the Revised Disclosure Statement and Plan is attached hereto as **Exhibit 2**. The Debtors reserve their rights to further amend, supplement, or modify the Revised Disclosure Statement and Plan.

*[Signature Page Follows]*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of the Debtors federal tax identification numbers, as applicable, are:  Takeoff Technologies, Inc. (0552); Takeoff Technologies Canada, Inc.; Takeoff Technologies Australia Pty Ltd. (ACN 639 288 958); Takeoff Technologies FZE; Takeoff International Subco India Private Limited; and Takeoff International Subco, LLC.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is 203 Crescent Street, Suite 203, Waltham, Massachusetts 02453.

32530406.1

Dated: December 17, 2024
Wilmington, Delaware

/s/ Joseph M. Mulvihill

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Shella Borovinskaya (Del. Bar No. 6758) | Catherine Jun (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | 321 North Clark Street, 32nd Floor |
| Rodney Square | Chicago, Illinois 60654 |
| 1000 North King Street | Telephone:    (312) 499-6300 |
| Wilmington, DE 19801 | Facsimile:    (312) 499-6301 |
| Telephone:    (302) 571-6600 | Email:    jbernbrock@sheppardmullin.com |
| Facsimile:    (302) 571-1253 | cjun@sheppardmullin.com |
| Email:    jmulvihill@ycst.com | |
| sborovinskaya@ycst.com | -and- |
| kmcelroy@ycst.com | |
| | Alexandria G. Lattner (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors and Debtors in Possession* | 650 Town Center Drive, 10th Floor |
| | Costa Mesa, California 92626 |
| | Telephone:    (714) 513-5100 |
| | Facsimile:    (714) 513-5130 |
| | Email:    alattner@sheppardmullin.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |

32530406.1

2